JEFFREY T. MAKOFF (SBN 120004)
  jmakoff@vallemakoff.com
HEATHER A. LANDIS (SBN 267615)
  hlandis@vallemakoff.com
MARIO R. NICHOLAS (SBN 273122)
  mnicholas@vallemakoff.com
VALLE MAKOFF LLP
2 Embarcadero Center, Suite 2370
San Francisco, California 94111
Telephone: (415) 986-8001
Facsimile: (415) 986-8003

Attorneys for Plaintiff JOE QUIRK

CALDWELL LESLIE & PROCTOR, PC
CHRISTOPHER G. CALDWELL (SBN 106790)
  caldwell@caldwell-leslie.com
ANDREW ESBENSHADE (SBN 202301)
  esbenshade@caldwell-leslie.com
1000 Wilshire Boulevard, Suite 600
Los Angeles, California  90017-2463
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Defendants
SONY PICTURES ENTERTAINMENT INC;
COLUMBIA PICTURES INDUSTRIES, INC.;
PARIAH; DAVID KOEPP; JOHN KAMPS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| JOE QUIRK,<br><br>        Plaintiff,<br><br>    v.<br><br>SONY PICTURES ENTERTAINMENT INC., et al.,<br>        Defendants. | Case No. CV 11-03773 RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO TAKE DEFENDANTS' MOTION TO DISMISS OFF CALENDAR TO PERMIT PLAINTIFF TO FILE SECOND AMENDED COMPLAINT**<br><br>Trial Date:     None Set<br>FAC Filed:     September 28, 2011<br>Hearing Date:  December 8, 2011 |

1  WHEREAS, Plaintiff filed his First Amended Complaint on September 28, 2011,
2 which added a claim for relief for breach of implied contract that was not included in
3 Plaintiff's original Complaint;
4  WHEREAS, Defendants filed a motion to dismiss the breach of implied contract claim
5 for relief on October 21, 2011, which currently is set for hearing on December 8, 2011;
6  WHEREAS, Plaintiff's counsel has informed Defendants' counsel that Plaintiff's
7 counsel has recently come into possession of additional information that Plaintiff would like to
8 include in his allegations before the Court rules on any motion to dismiss the breach of
9 implied contract claim for relief; and
10  WHEREAS, the Parties wish to enable the Court to avoid having to review and rule on
11 Defendants' pending motion to dismiss, given Plaintiff's stated preference to file an amended
12 pleading.

**IT IS HEREBY STIPULATED AND AGREED** that:

1. The hearing on Defendants' Motion to Dismiss Plaintiff's Breach of Implied Contract Claim will be taken off-calendar;

2. Plaintiff shall file a Second Amended Complaint on or before November 28, 2011;

3. Defendants shall have until no later than December 19, 2011, to file a responsive pleading to the Second Amended Complaint; and

4. The date for the Initial Case Management Conference, set for January 12, 2012, shall remain unchanged.

DATED: November 14, 2011   VALLE MAKOFF LLP
JEFFREY T. MAKOFF
HEATHER A. LANDIS

By _____/s/_____
HEATHER A. LANDIS

Attorneys for Plaintiff
JOE QUIRK

DATED: November 14, 2011   CALDWELL LESLIE & PROCTOR, PC
CHRISTOPHER G. CALDWELL
ANDREW ESBENSHADE
ALBERT GIANG

By _____/s/_____
CHRISTOPHER G. CALDWELL

Attorneys for Defendants
SONY PICTURES ENTERTAINMENT INC;
COLUMBIA PICTURES INDUSTRIES, INC.;
PARIAH; DAVID KOEPP; JOHN KAMPS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November __15__, 2011   _____
HONORABLE RICHARD SEEBORG
District Court Judge