*E-Filed 1/20/12*

1  JEFFREY T. MAKOFF (SBN 120004)
    *jmakoff@vallemakoff.com*
2  HEATHER A. LANDIS (SBN 267615)
    *hlandis@vallemakoff.com*
3  MARIO R. NICHOLAS (SBN 273122)
    *mnicholas@vallemakoff.com*
4  VALLE MAKOFF LLP
   2 Embarcadero Center, Suite 2370
5  San Francisco, California 94111
   Telephone: (415) 986-8001
6  Facsimile: (415) 986-8003

7  Attorneys for Plaintiff JOE QUIRK

8  CALDWELL LESLIE & PROCTOR, PC
   CHRISTOPHER G. CALDWELL (SBN 106790)
9    *caldwell@caldwell-leslie.com*
   ANDREW ESBENSHADE (SBN 202301)
10   *esbenshade@caldwell-leslie.com*
   ALBERT GIANG (SBN 224332)
11   *giang@caldwell-leslie.com*
   1000 Wilshire Boulevard, Suite 600
12 Los Angeles, California  90017-2463
   Telephone: (213) 629-9040
13 Facsimile: (213) 629-9022

14 Attorneys for Defendants
   SONY PICTURES ENTERTAINMENT
15 INC; COLUMBIA PICTURES
   INDUSTRIES, INC.; PARIAH;
16 DAVID KOEPP; JOHN KAMPS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOE QUIRK, an individual, | Case No. CV 11-03773 RS |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER RE PROPOSED SCHEDULE FOR DISCOVERY AND OTHER PRE-TRIAL DATES** |
| v. | |
| SONY PICTURES ENTERTAINMENT INC., a Delaware corporation; COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation; PARIAH, a California corporation; DAVID KOEPP, an individual; and JOHN KAMPS, an individual, | Trial Date:  March 25, 2013 |
| | SAC Filed:  November 28, 2011 |
| Defendants. | |

Pursuant to the Court's instructions during the initial case management conference on January 12, 2012 and the Court's Civil Minute Order dated January 12, 2012, Plaintiff and Defendants, by and through their undersigned counsel, hereby stipulate and agree to the following proposed schedule of discovery and other pre-trial dates based off the currently scheduled trial date of March 25, 2013:

- FACTUAL DISCOVERY CUT-OFF:  September 7, 2012
- FACTUAL DISCOVERY MOTION FILING DEADLINE:  September 14, 2012
- EXPERT DISCLOSURES AND FINAL REPORTS:  October 12, 2012
- REBUTTAL EXPERT DISCLOSURES AND FINAL REPORTS:  November 21, 2012
- EXPERT DISCOVERY CUT-OFF:  December 21, 2012
- EXPERT DISCOVERY MOTION FILING DEADLINE:  December 28, 2012
- DISPOSITIVE MOTION HEARING CUT-OFF:  January 24, 2013
- PRE-TRIAL CONFERENCE MEETING AND DISCLOSURES:  February 14, 2013
- JOINT PRE-TRIAL STATEMENT AND ORDER:  February 25, 2013
- EXHIBIT EXCHANGE:  February 25, 2013
- MOTIONS *IN LIMINE* DEADLINE:  February 25, 2013
- OPPOSITIONS TO MOTIONS *IN LIMINE* DEADLINE:  March 4, 2013
- FINAL PRE-TRIAL CONFERENCE:  10:00 a.m. on Thursday, March 7, 2013

- PRE-TRIAL FILINGS (*e.g.*, excerpts of deposition testimony or other discovery to be offered at trial, jury voir dire questions, proposed jury instructions, proposed jury verdict forms, trial briefs):  March 18, 2013
- TRIAL DATE:  March 25, 2013

**IT IS HEREBY STIPULATED AND AGREED.**

DATED: January 19, 2012         VALLE MAKOFF LLP
                                JEFFREY T. MAKOFF
                                HEATHER A. LANDIS

                                By   /s/ per email authorization
                                        HEATHER A. LANDIS

                                Attorneys for Plaintiff
                                JOE QUIRK

DATED: January 19, 2012         CALDWELL LESLIE & PROCTOR, PC
                                CHRISTOPHER G. CALDWELL
                                ANDREW ESBENSHADE
                                ALBERT GIANG

                                By              /s/
                                        CHRISTOPHER G. CALDWELL

                                Attorneys for Defendants
                                SONY PICTURES ENTERTAINMENT INC;
                                COLUMBIA PICTURES INDUSTRIES, INC.;
                                PARIAH; DAVID KOEPP; JOHN KAMPS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  1/20   , 2012        _____
                             HONORABLE RICHARD SEEBORG
                             District Court Judge