*E-Filed 2/24/12*

1  JEFFREY T. MAKOFF (SBN 120004)
   HEATHER A. LANDIS (SBN 267615)
2  MARIO R. NICHOLAS (SBN 273122)
   VALLE MAKOFF LLP
3  2 Embarcadero Center, Suite 2370
   San Francisco, California 94111
4  Telephone:    (415) 986-8001
   Facsimile:    (415) 986-8003
5  Email:        jmakoff@vallemakoff.com
                 hlandis@vallemakoff.com
6                mnicholas@vallemakoff.com

7  Attorneys for Plaintiff
   Joe Quirk
8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12

13 JOE QUIRK,                          )    Case No. 3:11-CV-03773 RS
                                       )
14            Plaintiff,               )    **STIPULATION AND
                                       )    [PROPOSED] ORDER TO
15      vs.                            )    PERMIT PLAINTIFF TO FILE
                                       )    PORTIONS OF THE THIRD
16 SONY PICTURES ENTERTAINMENT INC.,   )    AMENDED COMPLAINT
   et al.,                             )    UNDER SEAL**
17                                     )
              Defendants.              )    Trial Date: March 25, 2013
18                                     )
                                       )    SAC Filed: November 28, 2011
19                                     )
                                       )
20                                     )
                                       )
21                                     )
                                       )
22                                     )

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER TO PERMIT PLAINTIFF TO FILE
PORTIONS OF THE THIRD AMENDED COMPLAINT UNDER SEAL;
CASE NO. 3:11-CV-03773 RS**

Pursuant to Northern District of California Local Rules 7-12 and 79-5, and pursuant to the Stipulated Protective Order entered by the Court on December 28, 2011, plaintiff Joe Quirk ("plaintiff") and defendants Sony Pictures Entertainment Inc. ("Sony"), Columbia Pictures Industries, Inc. ("Columbia"), Pariah, David Koepp and John Kamps (collectively, "defendants") (plaintiff and defendants together, "stipulating parties"), by and through their undersigned attorneys, hereby stipulate as follows:

## STIPULATION

A.      WHEREAS, stipulating parties previously agreed that plaintiff would file a Third Amended Complaint upon receipt of the final screenplay for PREMIUM RUSH ("Continuity Script");

B.      WHEREAS, on December 23, 2011, stipulating parties filed a stipulated protective order governing the disclosure of the not-yet-released motion picture, PREMIUM RUSH ("the Picture"), and the Continuity Script;

C.      WHEREAS, on December 28, 2011, the Court approved and entered the stipulated protective order, docket number 30, which made it possible to confidentially and securely screen the Picture and disclose the Continuity Script to plaintiff;

D.      WHEREAS, under the terms of the Protective Order, stipulating parties are required to file under seal any documents related to the contents of the Picture or Continuity Script;

E.      WHEREAS, plaintiff intends to file a Third Amended Complaint containing allegations related to the purported contents of the Picture and/or Continuity Script;

F.      WHEREAS, stipulating parties agree that the following paragraphs, or portions of paragraphs, of the Third Amended Complaint shall be filed under seal: Paragraphs 43, 44, 45, 46, 47, 49, 50, 51, 52, 56, 60, 62, 63, 64, 69, 72, 74, 75, 77, 78, 81, 82, 83, 84, 85, 86, 92, 97, 98, 99, 100, 101, 105, 110, 114, 116, 117, 118, 119, 122, 123, 124, 125, 126, 127, 129, 130, 131, 132, 133, 134, 135, 136 and 137;

1

**STIPULATION AND [PROPOSED] ORDER TO PERMIT PLAINTIFF TO FILE PORTIONS OF THE THIRD AMENDED COMPLAINT UNDER SEAL; CASE NO. 3:11-CV-03773 RS**

G.      WHEREAS, stipulating parties agree that sections of the following lines shall be filed under seal: p. 40, lines 1, 13 and 22; page 41, line 5; p. 45, line 15; p. 47, line 8; and p. 50, lines 6, 11 and 18;

H.      WHEREAS, plaintiff will lodge with the Court a sealed envelope containing a copy of the Third Amended Complaint that highlights the sections to be redacted; and

I.      WHEREAS, stipulating parties certify that the redactions do not include any material except that which discloses confidential material related to the Continuity Script and Picture.

**IT IS HEREBY STIPULATED:**

1.      Plaintiff and defendants agree that portions of plaintiff's Third Amended Complaint shall be filed under seal pursuant to the Stipulated Protective Order entered by the Court on December 28, 2011;

2.      Plaintiff and defendants agree that the sections of plaintiff's Third Amended Complaint set forth in Paragraphs F and G above, shall be filed under seal; and

3.      Plaintiff and defendants certify that only sections of the Third Amended Complaint that disclose confidential material related to the Continuity Script and Picture have been redacted and are to be filed under seal.

//
//
//
//
//
//
//
//
//

2

**STIPULATION AND [~~PROPOSED~~] ORDER TO PERMIT PLAINTIFF TO FILE PORTIONS OF THE THIRD AMENDED COMPLAINT UNDER SEAL; CASE NO. 3:11-CV-03773 RS**

IT IS SO STIPULATED.

Dated: February 23, 2012.                    VALLE MAKOFF LLP


                                             By:____/s/ *Heather Landis*_____
                                                    Heather A. Landis
                                                    Attorneys for Plaintiff

Dated: February 23, 2012.                    CALDWELL LESLIE & PROCTOR, PC


                                             By:____/s/ *Albert Giang*_____
                                                    Albert Giang
                                                    Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: February _24_, 2012

                                             _____
                                             HONORABLE RICHARD SEEBORG

                                             District Court Judge

3

**STIPULATION AND [~~PROPOSED~~] ORDER TO PERMIT PLAINTIFF TO FILE
PORTIONS OF THE THIRD AMENDED COMPLAINT UNDER SEAL;
CASE NO. 3:11-CV-03773 RS**