JEFFREY T. MAKOFF (SBN 120004)
HEATHER A. LANDIS (SBN 267615)
MARIO R. NICHOLAS (SBN 273122)
VALLE MAKOFF LLP
2 Embarcadero Center, Suite 2370
San Francisco, California 94111
Telephone:   (415) 986-8001
Facsimile:   (415) 986-8003
Email:       jmakoff@vallemakoff.com
             hlandis@vallemakoff.com
             mnicholas@vallemakoff.com

Attorneys for Plaintiff
Joe Quirk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOE QUIRK,<br><br>         Plaintiff,<br><br>vs.<br><br>SONY PICTURES ENTERTAINMENT INC., et al.,<br><br>         Defendants. | Case No. 3:11-CV-03773 RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING FILING OF PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS' RESPONSES THERETO AND AMENDED SCHEDULE RE DISCOVERY AND PRE-TRIAL DATES [L.R. 6-1(b)]**<br><br>Trial Date: March 25, 2013<br><br>TAC Filed: February 23, 2012 |

Pursuant to Northern District of California Local Rule 6-1(b), plaintiff Joe Quirk ("plaintiff") and defendants Sony Pictures Entertainment Inc. ("Sony"), Columbia Pictures Industries, Inc. ("Columbia"), Pariah, David Koepp and John Kamps (collectively, "defendants") (plaintiff and defendants together, "stipulating parties"), by and through their undersigned attorneys, hereby stipulate as follows:

## STIPULATION

A. WHEREAS, plaintiff intends to file a Fourth Amended Complaint which contains additional allegations related to the purported contents of the not-yet-released motion picture, "Premium Rush" ("Picture"), and a screenplay of "The Ultimate Rush," written by Matt Healy;

B. WHEREAS, plaintiff and defendants stipulate to permit plaintiff to file his Fourth Amended Complaint upon the Court's granting of the proposed sealing order and defendants to file any responsive pleadings to the Fourth Amended Complaint within ten days from the date plaintiff files an un-redacted version of the Fourth Amended Complaint under seal with the Court (as described below);

C. WHEREAS, the Court ordered defendants Columbia, Pariah, Koepp and Kamps to file an answer to plaintiff's Third Amended Complaint on or before July 25, 2012;

D. WHEREAS, the stipulating parties hereby agree that defendants Columbia, Pariah, Koepp and Kamps will not file an answer to the Third Amended Complaint at this time because plaintiff intends to file a Fourth Amended Complaint (but defendants will provide a list of affirmative defenses so that they can be used during discovery prior to the filing of defendants' responsive pleadings);

E. WHEREAS, plaintiff and defendants previously stipulated to, and this Court entered, a Stipulated Protective Order requiring any documents related to the contents of the Picture and the final screenplay of the Picture ("Continuity Script") to be filed under seal;

1

**STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS' RESPONSES THERETO AND AMENDED SCHEDULE RE DISCOVERY AND PRE-TRIAL DATES [L.R. 6-1(b)]; CASE NO. 3:11-CV-03773 RS**

F.  WHEREAS, given the need for the Fourth Amended Complaint to be filed under seal, plaintiff must first file, and this Court must first grant, a Stipulation and [Proposed] Order To Permit Plaintiff To File Portions Of The Fourth Amended Complaint Under Seal ("Proposed Sealing Order"), before plaintiff can electronically file an un-redacted version of the Fourth Amended Complaint under seal with the Court;

G.  WHEREAS, plaintiff intends to file a Proposed Sealing Order on or before July 31, 2012;

H.  WHEREAS, if the Court grants the Proposed Sealing Order, stipulating parties agree that all defendants shall have 10 days from the date that plaintiff electronically files an un-redacted version of the Fourth Amended Complaint under seal with the Court to file any responsive pleadings to the Fourth Amended Complaint;

I.  WHEREAS, this stipulation is necessary to effectuate the terms of the Stipulated Protective Order entered by the Court on December 28, 2011 and will not result in prejudice to any party; and

J.  WHEREAS, to avoid prejudice to any party from the assertion of additional allegations in the proposed Fourth Amended Complaint at this time, certain discovery and pre-trial dates need to be continued.  Accordingly, plaintiff and defendants hereby stipulate and agree to modify the following schedule of discovery and certain pre-trial dates as follows:

- FACTUAL DISCOVERY CUT-OFF: From September 7, 2012 to September 28, 2012;
- FACTUAL DISCOVERY MOTION FILING DEADLINE: From September 14, 2012 to October 5, 2012;
- EXPERT DISCLOSURES AND FINAL REPORTS: From October 12, 2012 to October 26, 2012;

2

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING FILING OF
PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS' RESPONSES
THERETO AND AMENDED SCHEDULE RE
DISCOVERY AND PRE-TRIAL DATES [L.R. 6-1(b)];
CASE NO. 3:11-CV-03773 RS

- REBUTTAL EXPERT DISCLOSURES AND FINAL REPORTS: From November 21, 2012 to December 3, 2012; and
- All other discovery and pre-trial dates shall remain unchanged.

**IT IS HEREBY STIPULATED:**

1. Plaintiff may file a Fourth Amended Complaint;

2. Plaintiff shall file a Proposed Sealing Order on or before July 31, 2012. If the Court grants the Proposed Sealing Order, defendants shall have 10 days from the date that plaintiff electronically files the un-redacted version of the Fourth Amended Complaint under seal with the Court to file any responsive pleadings to the Fourth Amended Complaint; and

3. The discovery and pre-trial dates are modified as set forth in paragraph J above.

**IT IS SO STIPULATED.**

Dated: July 25, 2012.                      VALLE MAKOFF LLP

                                           By: /s/ *Heather A. Landis*
                                               Heather A. Landis
                                               Attorneys for Plaintiff
                                               Joe Quirk


Dated: July 25, 2012.                      CALDWELL LESLIE & PROCTOR, PC

                                           By: /s/ *Albert Giang*
                                               Albert Giang
                                               Attorneys for Defendants
                                               Sony Pictures Entertainment Inc.; Columbia
                                               Pictures Industries, Inc.; Pariah; David Koepp;
                                               and John Kamps

[Continues On Following Page]

3

**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING FILING OF PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS' RESPONSES THERETO AND AMENDED SCHEDULE RE DISCOVERY AND PRE-TRIAL DATES [L.R. 6-1(b)]; CASE NO. 3:11-CV-03773 RS**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __7/26__, 2012   _____
HONORABLE RICHARD SEEBORG
District Court Judge

**STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS' RESPONSES THERETO AND AMENDED SCHEDULE RE DISCOVERY AND PRE-TRIAL DATES [L.R. 6-1(b)]; CASE NO. 3:11-CV-03773 RS**