1  JEFFREY T. MAKOFF (SBN 120004)
   HEATHER A. LANDIS (SBN 267615)
2  MARIO R. NICHOLAS (SBN 273122)
   VALLE MAKOFF LLP
3  2 Embarcadero Center, Suite 2370
   San Francisco, California 94111
4  Telephone:    (415) 986-8001
   Facsimile:    (415) 986-8003
5  Email:        jmakoff@vallemakoff.com
                 hlandis@vallemakoff.com
6                mnicholas@vallemakoff.com

7  Attorneys for Plaintiff
   Joe Quirk
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12                                      )
                                        )
13 JOE QUIRK,                           ) Case No. C 11-03773 RS
                                        )
14                      Plaintiff,      ) [~~PROPOSED~~] ORDER AND
                                        ) STIPULATION TO EXTEND THE
15         vs.                          ) BRIEFING SCHEDULE RE
                                        ) DEFENDANTS' MOTION FOR
16 SONY PICTURES                        ) SUMMARY JUDGMENT
   ENTERTAINMENT INC., et al.,          ) [L.R. 6-2, 7-2]
17                                      )
                                        )
18                      Defendants.     )
                                        )
19                                      ) Trial Date:          March 25, 2013
                                        )
20                                      ) MSJ Filed:           Sept. 27, 2012
                                        ) Current Opp Deadline:  Oct. 11, 2012
21                                      ) Current Reply Deadline: Oct. 18, 2012
                                        ) Current Hearing Date:  Nov. 1, 2012
22                                      )
                                        ) Proposed Opp Deadline:  Nov. 6, 2012
23                                      ) Proposed Reply Deadline: Nov. 15, 2012
                                        ) Proposed Hearing Date:   Nov. 29, 2012
24

25

26

27

28

Pursuant to Northern District of California Local Rules 6-2 and 7-2, Plaintiff Joe Quirk ("plaintiff") and defendants Sony Pictures Entertainment Inc. ("Sony"), Columbia Pictures Industries, Inc. ("Columbia"), Pariah, David Koepp and John Kamps (collectively, "defendants") (plaintiff and defendants together, "stipulating parties"), by and through their undersigned attorneys, hereby stipulate as follows:

## STIPULATION

A. WHEREAS, on September 27, 2012, defendants filed and served a Motion for Summary Judgment on plaintiff's copyright-based First, Second, Third, and Fifth Claims for Relief ("Motion"). Under the schedule set by the Court, any opposition to the Motion was due on October 11, 2012, any reply was due by October 18, 2012, and the hearing was set for November 1, 2012;

B. WHEREAS, stipulating parties agreed that plaintiff would not be required to file his opposition brief on October 11, 2012 so that the parties could work out a stipulation regarding the briefing schedule for the Motion;

C. WHEREAS, the deadline for expert disclosures and final reports is October 26, 2012;

D. WHEREAS, plaintiff seeks to receive the final expert report from Mark Rose, defendants' expert who submitted a declaration in support of the Motion, prior to filing and serving his opposition to the Motion. Plaintiff additionally seeks to schedule the expert deposition of Mr. Rose prior to filing and serving plaintiff's opposition to the Motion;

E. WHEREAS, defendants agree that Mr. Rose will be made available for his expert deposition on October 30, 2012, before plaintiff's opposition brief is due;

F. WHEREAS, the parties agree to extend the briefing and hearing schedule for the Motion such that any opposition would be due by November 6, 2012; any reply would be due by November 15, 2012; and the hearing would be continued until November 29, 2012 at 1:30 p.m.;

1

**[PROPOSED] ORDER AND STIPULATION TO EXTEND THE BRIEFING SCHEDULE RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [L.R. 6-2, 7-2]; CASE NO. 3:11-CV-03773 RS**

G.  WHEREAS, the commentary to N.D. Cal. Local Rule 7-2 encourages parties to stipulate and seek a Court order establishing longer schedules for briefing and hearing complex motions;

H.  WHEREAS, the dispositive motion hearing cut-off is not until January 24, 2013; and

I.  WHEREAS, the parties have not previously sought an extension of the briefing and hearing schedule for the Motion, the parties would not be prejudiced by the extension requested and the extension requested would not impact other scheduled dates in this matter.

**IT IS HEREBY STIPULATED:**

That the briefing schedule and the hearing schedule for the Motion be modified as follows:

- Any opposition to the Motion will be due by November 6, 2012;
- Any reply in support of the Motion will be due by November 15, 2012; and
- The hearing on the Motion will be continued until November 29, 2012 at 1:30 p.m.

**IT IS SO STIPULATED.**

Dated October 12, 2012       Valle Makoff LLP
                             By: /s/ *Heather A. Landis*
                                 Heather A. Landis
                                 Attorneys for Plaintiff Joe Quirk

Dated October 12, 2012       CALDWELL LESLIE & PROCTOR, PC
                             By: /s/ *Albert Giang*
                                 Albert Giang
                                 Attorneys for Defendants
                                 Sony Pictures Entertainment Inc.; Columbia
                                 Pictures Industries, Inc.; Pariah; David Koepp; and
                                 John Kamps

2

[PROPOSED] ORDER AND STIPULATION TO EXTEND THE BRIEFING SCHEDULE RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [L.R. 6-2, 7-2]; CASE NO. 3:11-CV-03773 RS

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3 | Dated: October 23, 2012

_____
HONORABLE RICHARD SEEBORG
District Court Judge

**[~~PROPOSED~~] ORDER AND STIPULATION TO EXTEND THE BRIEFING SCHEDULE RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [L.R. 6-2, 7-2]; CASE NO. 3:11-CV-03773 RS**