```
 1  JEFFREY T. MAKOFF (SBN 120004)
    HEATHER A. LANDIS (SBN 267615)
 2  MARIO R. NICHOLAS (SBN 273122)
    VALLE MAKOFF LLP
 3  2 Embarcadero Center, Suite 2370
    San Francisco, California 94111
 4  Telephone:    (415) 986-8001
    Facsimile:    (415) 986-8003
 5  Email:        jmakoff@vallemakoff.com
                  hlandis@vallemakoff.com
 6                mnicholas@vallemakoff.com

 7  Attorneys for Plaintiff
    Joe Quirk
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOE QUIRK,<br><br>    Plaintiff,<br><br>    vs.<br><br>SONY PICTURES ENTERTAINMENT INC., et al.,<br><br>    Defendants. | Case No. 3:11-CV-03773 RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO PERMIT PLAINTIFF TO FILE A FIFTH AMENDED COMPLAINT TO ADD DEFENDANT KOEPP'S "LOAN-OUT COMPANY" AS A DEFENDANT [L.R. 6-1(b)]**<br><br>Trial Date: March 25, 2013<br><br>Fourth Amended Complaint Filed: 8/2/12 |

Pursuant to Northern District of California Local Rule 6-1(b), plaintiff Joe Quirk ("plaintiff") and defendants Sony Pictures Entertainment Inc. ("Sony"), Columbia Pictures Industries, Inc. ("Columbia"), Pariah, David Koepp and John Kamps (collectively, "defendants") (plaintiff and defendants together, "stipulating parties"), by and through their undersigned attorneys, hereby stipulate as follows:

**STIPULATION**

A.　WHEREAS, plaintiff intends to file a Fifth Amended Complaint to add defendant, DGK, Inc., defendant Koepp's "loan-out company," to all claims for relief in the above-entitled action based upon information obtained in discovery;

B.　WHEREAS, while defendants deny that there is any basis for any of the claims against any defendants, including the loan-out company, defendants have agreed to permit plaintiff to file his Fifth Amended Complaint and to add DGK, Inc. as a defendant to all claims for relief alleged in the Complaint, on the terms and conditions described below;

**IT IS HEREBY STIPULATED:**

1.　Plaintiff may file his Fifth Amended Complaint to add defendant DGK, Inc. as a defendant to all claims for relief alleged in the Complaint;

2.　Discovery shall not reopen, and no new additional discovery shall be taken, other than the newly added party making disclosures under Federal Rule of Civil Procedure 26, and any expert discovery that is timely as of the date of the filing of the Fifth Amended Complaint;

3.　The filing of the Fifth Amended Complaint shall not affect the pending motion for summary judgment filed by defendants, or any future motion for summary judgment that may be filed (any order on the pending or any future motion for summary judgment relating to defendant Koepp shall also apply to DGK, Inc.); and

4.　Defendants' counsel of record has agreed to accept service of the Fifth Amended Complaint on behalf of defendant DGK, Inc. by electronic mail; and

**STIPULATION AND [PROPOSED] ORDER TO PERMIT PLAINTIFF TO FILE A FIFTH AMENDED COMPLAINT TO ADD DEFENDANT KOEPP'S "LOAN-OUT COMPANY" AS A DEFENDANT [L.R. 6-1(b)]; CASE NO. 3;11-CV-03773 RS**

5. No deadlines in this case shall be affected by the filing of the Fifth Amended Complaint.

**IT IS SO STIPULATED.**

Dated: November 28, 2012.          VALLE MAKOFF LLP

By: /s/ *Heather A. Landis*
    Heather A. Landis
    Attorneys for Plaintiff
    Joe Quirk

Dated: November 28, 2012.          CALDWELL LESLIE & PROCTOR, PC

By: /s/ *Andrew Esbenshade*
    Andrew Esbenshade
    Attorneys for Defendants
    Sony Pictures Entertainment Inc.; Columbia Pictures Industries, Inc.; Pariah; David Koepp; and John Kamps

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __11/28____, 2012          _____
    HONORABLE RICHARD SEEBORG
    District Court Judge

**STIPULATION AND [~~PROPOSED~~] ORDER TO PERMIT PLAINTIFF TO FILE A FIFTH AMENDED COMPLAINT TO ADD DEFENDANT KOEPP'S "LOAN-OUT COMPANY" AS A DEFENDANT [L.R. 6-1(b)]; CASE NO. 3:11-CV-03773 RS**