1 | JEFFREY T. MAKOFF (SBN 120004)
2 | HEATHER A. LANDIS (SBN 267615)
    MARIO R. NICHOLAS (SBN 273122)
3 | VALLE MAKOFF LLP
    2 Embarcadero Center, Suite 2370
    San Francisco, California 94111
4 | Telephone:   (415) 986-8001
    Facsimile:   (415) 986-8003
5 | Email:       jmakoff@vallemakoff.com
                 hlandis@vallemakoff.com
6                mnicholas@vallemakoff.com

Attorneys for Plaintiff
Joe Quirk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOE QUIRK, | Case No. 3:11-CV-03773 RS |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| vs. | **ORDER RE RESPONSES TO FIFTH AMENDED COMPLAINT** |
| SONY PICTURES ENTERTAINMENT INC., et al., | **[L.R. 6-1(b)]** |
| Defendants. | Trial Date: March 25, 2013 |
| | Complaint Filed:   August 1, 2011 |
| | FAC Filed:         September 28, 2011 |
| | SAC Filed:         November 28, 2011 |
| | TAC Filed:         February 29, 2012 |
| | 4AC Filed:         August 1, 2012 |
| | 5AC Filed:         November 30, 2012 |

Pursuant to Northern District of California Local Rule 6-1(b), plaintiff Joe Quirk ("plaintiff") and defendants Sony Pictures Entertainment Inc. ("Sony"), Columbia Pictures Industries, Inc. ("Columbia"), Pariah, David Koepp, and DGK, Inc. ("DGK") (collectively, "defendants"), by and through their undersigned attorneys, hereby stipulate as follows:

## STIPULATION

1. On November 30, 2012, plaintiff filed a Fifth Amended Complaint ("5AC") that added new defendant DGK to all claims for relief in the Fourth Amended Complaint ("4AC");

2. The 5AC did not amend any substantive allegations against earlier defendants Sony, Columbia, Pariah, and Koepp, all of whom had already answered the 4AC on August 18, 2012;

3. Plaintiff and defendants agree that defendants Sony, Columbia, Pariah, and Koepp's answers to the 4AC should also be construed as answers to plaintiff's allegations in the 5AC. Therefore, plaintiff and defendants agree that defendants Sony, Columbia, Pariah, and Koepp shall not be required to file separate answers to the 5AC; and

4. Plaintiff and defendants further agree that defendant DGK will file a responsive pleading to the 5AC by December 21, 2012.

[CONTINUED ON FOLLOWING PAGE]

5. This stipulation does not prejudice any party and does not affect any other matters or deadlines set by the Court.

**IT IS SO STIPULATED.**

Dated: December 12, 2012.    VALLE MAKOFF LLP

By: /s/ *Heather A. Landis*
    Heather A. Landis
    Attorneys for Plaintiff
    Joe Quirk

Dated: December 12, 2012.    CALDWELL LESLIE & PROCTOR, PC

By: /s/ *Andrew Esbenshade*
    Andrew Esbenshade
    Attorneys for Defendants
    Sony Pictures Entertainment Inc.; Columbia Pictures Industries, Inc.; Pariah; David Koepp; and DGK, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/12, 2012    _____
    HONORABLE RICHARD SEEBORG
    District Court Judge

2
**STIPULATION AND [~~PROPOSED~~] ORDER RE RESPONSES TO FIFTH AMENDED COMPLAINT [L.R. 6-1(b)]; CASE NO. 3:11-CV-03773 RS**