1  CALDWELL LESLIE & PROCTOR, PC
   CHRISTOPHER G. CALDWELL, State Bar No. 106790
2    *caldwell@caldwell-leslie.com*
   ANDREW ESBENSHADE, State Bar No. 202301
3    *esbenshade@caldwell-leslie.com*
   ALBERT GIANG, State Bar No. 224332
4    *giang@caldwell-leslie.com*
   725 South Figueroa St., 31st Floor
5  Los Angeles, California  90017-5524
   Telephone: (213) 629-9040
6  Facsimile: (213) 629-9022

7  Attorneys for Defendants
   SONY PICTURES ENTERTAINMENT INC.;
8  COLUMBIA PICTURES INDUSTRIES, INC.;
   PARIAH; DAVID KOEPP; and DGK, INC.

9

10              **UNITED STATES DISTRICT COURT**

11              **NORTHERN DISTRICT OF CALIFORNIA**

12              **SAN FRANCISCO DIVISION**

13

| | |
|---|---|
| 14  JOE QUIRK, an individual, | Case No. CV 11-03773 RS |
| 15                Plaintiff, | **DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF "THE ULTIMATE RUSH" AND "PREMIUM RUSH" IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| 16                v. | |
| 17  SONY PICTURES ENTERTAINMENT INC., a Delaware corporation; COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation; PARIAH, a California corporation; DAVID KOEPP, an individual; and DGK, INC., a New York corporation, | |
| 18 | |
| 19 | |
| 20 | |
| 21                Defendants. | Complaint Filed:     August 1, 2011<br>FAC Filed:           September 28, 2011<br>SAC Filed:           November 28, 2011<br>TAC Filed:           February 23, 2012<br>4AC Filed:           August 1, 2012<br>5AC Filed:           November 30, 2012 |
| 22 | Trial Date:          March 25, 2013 |

23

24

25

26

27

28

CALDWELL
LESLIE &
PROCTOR

CV 11-03773 RS
DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# TABLE OF CONTENTS

**Page**

I.      **INTRODUCTION** ............................................................................................1

II.     **DEFENDANTS' RESPONSE IDENTIFIES INACCURACIES, DESCRIBES THE ACTUAL EVENTS IN THE WORKS, AND ANALYZES WHICH, IF ANY, REMAINING SIMILARITIES ARE PROTECTABLE UNDER COPYRIGHT LAW** ..............................................................................................2

III.    **CONCLUSION** ...............................................................................................4

**ANALYSIS** ...................................................................................................................5

1.    **Plaintiff's Alleged Similarities Regarding "Opening Scene" (Supp. Comp. Exh. A pp. 1-2)** ............................................................................................................5

2.    **Plaintiff's Alleged Similarities Regarding "Dispatcher Introduced At A Shabby Dispatch Office" (Exh. A, pp. 2-3)** ..........................................................................8

3.    **Plaintiff's Alleged Similarities Regarding "[Chet/Wilee] Accepts Urgent Delivery After Bargaining For An Inflated Price" (Exh. A, p. 3)** ...................................10

4.    **Plaintiff's Alleged Similarities Regarding "[Chet/Wilee] Is Assigned To "Chinese" and Elegant Office Pickup and Delivery Sites For ["Dr. Chen"/"Sister Chen]" (Exh. A, pp. 4-5)** .........................................................................12

5.    **Plaintiff's Alleged Similarities Regarding "Love Interest [Ho/Vanessa] Is Introduced, But Seems Uninterested In [Chet/Wilee]" (Exh. A, pp. 5-6)** .....................17

6.    **Plaintiff's Alleged Similarities Regarding "The Courier Code Re Secrecy Of The Delivery Package Is Established, But These Particular Deliveries Concern [Chet/Wilee]" (Exh. A, p. 6)** ....................................................................................17

7.    **Plaintiff's Alleged Similarities Regarding "[Chet/Wilee] Encounters An Intimidating, Smiling, Well-Dressed Antagonist And First Chase Begins" (Exh. A, pp. 7-8)** ........................................................................................................18

8.    **Plaintiff's Alleged Similarities Regarding "[Chet/Wilee] Makes A Panicked Call To His Dispatcher But Gets No Help" (Exh. A, pp. 8-9)** ............................................20

9.    **Plaintiff's Alleged Similarities Regarding "[Chet and Ho/Wilee] Go To Police Precinct House To Report Crime, But Discover Police Are Complicit and Dismissive" (Exh. A, pp. 9-10)** .......................................................................21

10.   **Plaintiff's Alleged Similarities Regarding "The Love Interest [Ho/Vanessa] [Becomes/Is] A Messenger For The Same Delivery Service As [Chet/Wilee] And Risks Her Life For [Chet/Wilee]" (Exh. A, pp. 10-11)** ................................................23

CALDWELL
LESLIE &
PROCTOR

DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

11.  Plaintiff's Alleged Similarities Regarding "[Chet/Wilee] Breaks The Rules, Opens The Package And Finds A Coded Message, Which Begins To Expose The Antagonists' Motive" (Exh. A, pp. 11-13) ..................................................24

12.  Plaintiff's Alleged Similarities Regarding "The Mysterious Role Of The ["Dr. Chen"/"Sister Chen"] Character Is Explored" (Exh. A, p. 13) .........................26

13.  Plaintiff's Alleged Similarities Regarding "Love Interest Expresses Fear That Protagonist Will Get Killed" (Exh. A, p. 13) ................................................27

14.  Plaintiff's Alleged Similarities Regarding "Second Chase With Protagonist and Love Interest" (Exh. A, p. 13) ...............................................................27

15.  Plaintiff's Alleged Similarities Regarding "Key Character Accesses Secret Cash Stash Hidden in Apartment, During A Roommate Quarrel" (Exh. A, p. 14) ...............29

16.  Plaintiff's Alleged Similarities Regarding "All Of The Criminal Participants Need To Get [Chet/Wilee]" (Exh. A, pp. 14-15) ...........................................29

17.  Plaintiff's Alleged Similarities Regarding "Antagonists Take A Hostage As Leverage With [Chet/Wilee]" (Exh. A, p. 15) ...........................................31

18.  Plaintiff's Alleged Similarities Regarding "An Exchange Is Arranged At A Warehouse" (Exh. A, pp. 15-16) .................................................................32

19.  Plaintiff's Alleged Similarities Regarding "[Chet/Vanessa] Arranges For A Swarm At The Warehouse" (Exh. A, p. 16) .................................................32

20.  Plaintiff's Alleged Similarities Regarding "[Chet/Wilee] Arrives At Warehouse To Face-Off Antagonists And Is Moved Closer To Recovering The Hostage" (Exh. A, pp. 16-17)...................................................................................33

21.  Plaintiff's Alleged Similarities Regarding "[Chet And Ho/Wilee] Are Caught And Menaced By [Their/His] Antagonist[s], But Prevail[s]" (Exh. A, pp. 17-18) .........34

22.  Plaintiff's Alleged Similarities Regarding "The Antagonists Fight Among Themselves" (Exh. A, p. 18) ...................................................................36

23.  Plaintiff's Alleged Similarities Regarding "[Chen/Monday] Is Killed By His Own Gangster Affiliates" (Exh. A, p. 18)................................................................36

24.  Plaintiff's Alleged Similarities Regarding "Substitution of "Human Trafficking"/Hawala For The "Hacker"/Securities Fraud Aspects" (Exh. A, p. 19)...................................................................................................37

25.  Plaintiff's Alleged Similarities Regarding "The Male Protagonist's Combination Of Traits and Plot Function [Chet/Wilee]" (Exh. A, pp. 20-23) .........................38

26.  Plaintiff's Alleged Similarities Regarding "Female Love Interest's Combination of Traits and Plot Function [Ho/Vanessa]" (Exh. A, pp. 23-26) .........................42

CALDWELL LESLIE & PROCTOR

-ii-

CV 11-03773 RS

DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

27. **Plaintiff's Alleged Similarities Regarding "Competitor Messenger's Combination of Traits and Plot Function [Spider/Manny]" (Exh. A, pp. 26-27)** ........46

28. **Plaintiff's Alleged Similarities Regarding "Chinese Organized Crime Antagonists' Combination of Traits and Plot Function" (Exh. A, pp. 27-28)** ...............48

29. **Plaintiff's Alleged Similarities Regarding "The Dispatchers' Combination of Traits and Plot Function [Mel/Raj/Farhad]" (Exh. A, pp. 28-30)** ...................50

30. **Plaintiff's Alleged Similarities Regarding "Dual Law Enforcement Antagonists' Combination Of Traits – "Bad" and "Good" – And  Plot Function [Gina, SEC, SFPD/Monday, Bike Cop]" (Exh. A, p. 30)** ........................54

31. **Plaintiff's Alleged Similarities Regarding "Pace" (Exh. A, p. 31)** ...................57

32. **Plaintiff's Alleged Similarities Regarding "Mood" (Exh. A, p. 31)** ...................58

33. **Plaintiff's Alleged Similarities Regarding "Themes" (Exh. A, pp. 31-32)** .....................58

34. **Plaintiff's Alleged Similarities Regarding "Urban Financial Center" (Exh. A, p. 33)** .....................61

35. **Plaintiff's Alleged Similarities Regarding "The Streets" (Exh. A, p. 33)** ....................61

36. **Plaintiff's Alleged Similarities Regarding "Grunge Music Bar" (Exh. A, p. 33)** ...........62

37. **Plaintiff's Alleged Similarities Regarding "Dispatch Office" (Exh. A, p. 33)** ...............62

38. **Plaintiff's Alleged Similarities Regarding "Chinese "Front" Stores" (Exh. A, pp. 33-34)** .....................63

39. **Plaintiff's Alleged Similarities Regarding "Elegant Office Building" (Exh. A, p. 34)** .....................64

40. **Plaintiff's Alleged Similarities Regarding "Police Precinct House" (Exh. A, p. 34)** .....................65

41. **Plaintiff's Alleged Similarities Regarding "Warehouse By The Water Finale" (Exh. A, p. 34)** ....................66

42. **Plaintiff's Alleged Similarities Regarding "Language Style" (Exh. A, p. 35)** .................66

43. **Plaintiff's Alleged Similarities Regarding "Music" (Exh. A, pp. 35-36)** ........67

44. **Plaintiff's Alleged Similarities Regarding "Title" (Exh. A, p. 36)** ....................68

CALDWELL
LESLIE &
PROCTOR
-iii-
CV 11-03773 RS
DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# I.    INTRODUCTION

At the November 29, 2012 hearing on Defendants' Motion for Summary Judgment ("Motion"), the Court invited Plaintiff to provide a "straightforward comparison" of similarities between his book "The Ultimate Rush" ("the Book") and Defendants' motion picture "Premium Rush" ("the Picture"), without relying on the Warner Bros. screenplays or drafts of the screenplay of the Picture.  Hearing Tr. 24:3-9.  In requesting additional briefing from Plaintiff, the Court provided yet another opportunity for Plaintiff to clearly identify any similarities in *protectable expression* in the two works.  If such similarities existed, Plaintiff should have been able to point to them easily and succinctly – citing, for example, "identical" sequence of events, copied lines of dialogue, "the same setting in the same location and city" (*Bernal v. Paradigm Talent & Literary Agency,* 788 F.Supp.2d 1043, 1067 (C.D. Cal. 2010) (discussing *Metcalf v. Bochco,* 294 F.3d 1069 (9th Cir. 2002)) – and without mischaracterizing either work or abstracting them to such a level of generality as to be meaningless.

Instead of presenting a "straightforward comparison" that would assist the Court's analysis, Plaintiff has provided 36 pages of dense and inaccurate comparisons, with no effort to focus on protectable expression.  Many of Plaintiff's characterizations of the Book and the Picture are so tortured, out-of-context, out-of-order, and flat out wrong factually that even someone readily familiar with both works would not recognize what Plaintiff is referring to, and would be forced to sift through each of Plaintiff's citations to determine the actual content of the works and to realize how inaccurately he has described them.  Not only are such "comparisons" unhelpful, they use analytical methods that courts have repeatedly rejected:  "All of this [analysis] is entirely too general and subjective to be helpful to the Court, and in each case [Plaintiff] has clearly just emphasized those few similarities that can be observed at a general level and de-emphasized the many *dis*similarities between Plaintiff['s] and Defendants' works which are obvious to a casual observer."  *Idema v. Dreamworks, Inc.,* 162 F.Supp.2d 1129, 1180 (C.D. Cal. 2001) (emphasis in original).  Worse, Plaintiff makes no effort whatsoever to identify which, if any, of his alleged similarities (in the rare instances when there is actually any similarity) transcend unprotectable ideas, abstractions, and *scenes a faire* and become protectable expression.

CALDWELL
LESLIE &
PROCTOR

-1-                                                                 CV 11-03773 RS
DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff apparently has the same hope as the plaintiff in *Litchfield*, who relied on a long list of random similarities and argued "there are too many similarities … for the court to determine there is no material issue of fact." *Litchfield v. Spielberg,* 736 F.2d 1352, 1356 (9th Cir. 1984)*; see also Capcom Co., Ltd. v. MKR Group, Inc.,* No. C08-0904RS, 2008 WL 4661479, at *6 (N.D. Cal. Oct. 20, 2008) (noting and ultimately rejecting plaintiff's argument that "the two works share so many similarities that the critical divide between unprotectable ideas and the protectable expression of ideas has been bridged").  Not only did the Ninth Circuit flatly reject this stratagem in *Litchfield*, it warned that courts must be "particularly cautious" in cases where plaintiffs resort to "inherently subjective and unreliable" lists that "emphasize[] random similarities scattered throughout the works." *Litchfield*, 736 F.2d at 1356-57 (holding that the few similarities in plot "exist[ed] only at the general level for which plaintiff cannot claim copyright protection" and that "[t]here is even less similarity of *expression*" (emphasis added)).

## II.   DEFENDANTS' RESPONSE IDENTIFIES INACCURACIES, DESCRIBES THE ACTUAL EVENTS IN THE WORKS, AND ANALYZES WHICH, IF ANY, REMAINING SIMILARITIES ARE PROTECTABLE UNDER COPYRIGHT LAW

As requested by the Court, Defendants' response to Plaintiff's comparisons identifies when "what plaintiff[] identif[ies] as similarities are so general and so non-similar or so inconsequential that they aren't even protectable similarities."[1]  Hearing Transcript 27:3-6.  For ease of the Court's reference, Defendants have provided below a point-by-point response to Plaintiff's alleged

---

[1] Pursuant to the Court's instructions, Defendants will not address in this additional briefing the *numerous* examples of wholesale elements present in one work and absent in the other (*e.g.*, the hacking plot in the Book and the Hawala plot in the Picture), although such differences are proper and important considerations that numerous courts in this Circuit (including this Court in *Capcom*) have taken into account in applying the extrinsic test to find a lack of substantial similarity. *See, e.g.*, *Capcom*, 2008 WL 4661479, at *7 ("A comparison of [the two works] reveals profound differences."); *Benay v. Warner Bros. Entm't, Inc.,* 607 F.3d 620, 625 (9th Cir. 2010) ("a closer examination of the protectable elements … exposes many more differences than similarities between [the two works]"); *Funky Films, Inc. v. Time Warner Entm't Co.,* 462 F.3d 1072, 1078, 1079 (9th Cir. 2006) (noting that "an actual reading of the two works reveals greater, more significant differences" such as characters in one work "that have no counterpart" in the other work); *Bernal*, 788 F.Supp.2d at 1068 ("The differences between [the two works] are vastly more substantial than the similarities.").  The countless and substantial differences are already addressed in Defendants' Motion (ECF No. 69, pp. 2-3, 12-16) and the Declaration of Mark Rose submitted therewith (ECF No. 69-1, ¶¶17-84), and are evident from even a cursory review of both works.

similarities.  In an effort to help the Court parse Plaintiff's "comparisons," Defendants' response addresses three distinct and fundamental problems with Plaintiff's analysis:

- ***Inaccuracies/Mischaracterizations/Lack of Support***:  Under this heading, Defendants identify where Plaintiff's analysis factually misstates one or both works, mischaracterizes the works to create a misleading impression, or asserts similarities between the works without any support.  Plaintiff repeatedly engages in the prohibited practice of "mischaracteriz[ing] the events to make the works appear more similar" (*Bernal*, 788 F.Supp.2d at 1063), and each such example of an artificially manufactured "similarity" must be disregarded.  The length of the resulting chart is due largely to the need to address the numerous instances (often several within one "comparison") where Plaintiff describes the two works inaccurately and thereby claims alleged similarities that do not exist.

- ***Actual Depiction***:  Under this heading, Defendants provide a description of the actual content of the works in the referenced scene, without Plaintiff's stilted and inaccurate interpretation, to assist the Court in understanding the full context of each alleged "similarity."  This is often important because Plaintiff is relying on "a lengthy list of random similarities, *with little analysis of why such alleged similarities are qualitatively important to the two works*." *Bernal,* 788 F.Supp.2d at 1063 (emphasis added); *see also Capcom*, 2008 WL 4661479, at *7 (explaining that if alleged similarities "are of small import quantitatively or qualitatively, then [the defendant] will be found innocent of infringement") (citation and internal quotation marks omitted).

- ***Remaining Allegations***:  Under this heading, Defendants list which, if any, claimed "similarities" remain once Plaintiff's inaccurate, mischaracterized, and unsupported allegations are stripped away.  Unlike Plaintiff, Defendants apply the Ninth Circuit analysis, which requires "filter[ing] out and disregard[ing] the unprotectable elements" such as ideas, generalizations, abstractions, and scene a faire. *See Capcom*, 2008 WL 4661479, at *5. This is an important step to guard against a plaintiff's "confusion between 'an idea' and its 'expression.'" *Idema*, 162 F.Supp.2d at 1180.

CALDWELL
LESLIE &
PROCTOR

-3-

CV 11-03773 RS
DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1  ### III.  CONCLUSION

2    In the final analysis, once misstatements, mischaracterizations and unprotectable elements

3  are properly disregarded, there is *no* substantial similarity in protectable expression between the

4  works.  Indeed, the Book and the Picture are far less similar in protectable expression than the two

5  works in *Capcom,* where this Court dismissed the plaintiff's claims with prejudice at the pleading

6  stage, and are also less similar than works in other cases where courts have granted summary

7  judgment against the plaintiffs.  *See Capcom*, 2008 WL 4661479, at *12 (noting that examples of

8  "works more comparable than [Capcom's two works] have been found lacking substantial similarity

9  as a matter of law").  Plaintiff has utterly failed to demonstrate that the Book and the Picture are any

10  more similar than the works in *Capcom*, *Bernal*, *Funky Films*, *Benay*, *Litchfield*, or *Berkic v.*

11  *Crichton,* 761 F.2d 1289 (9th Cir. 1985), and therefore his claims must meet the same fate.

12

13  DATED: January 14, 2013          Respectfully submitted,
                                    CALDWELL LESLIE & PROCTOR, PC
14

15

16                                  By _____/s/_____
17                                      CHRISTOPHER G. CALDWELL

18

19

20

21

22

23

24

25

26

27

28

CALDWELL
LESLIE &
PROCTOR

-4-                                    CV 11-03773 RS
DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

## ANALYSIS

## KEY PLOT POINT/SCENES/SEQUENCES

1. **Plaintiff's Alleged Similarities Regarding "Opening Scene" (Exhibit A to Plaintiff's Supplemental Comparisons (ECF No. 96-1) ("Exh. A") pp. 1-2)**

   *A.     Inaccuracies/Mischaracterizations/Lack of Support*

   - *"Bike messenger … introduced in daytime, in a car and pedestrian-infested street"*: The Book does not introduce Chet on a "pedestrian-infested street" during "daytime."  The Book introduces Chet with an abstract discussion of the numerous advantages Chet has as a *rollerblading* messenger over bike messengers (Book pp. 1-2).  There is no mention of "pedestrians" or time of day.  In contrast, the Picture physically introduces Wilee flying through the air after being hit by a car, landing on his back, and falling unconscious (Picture at 00:00:37 - 00:01:16)[2].

   - *"Hot, sunny, sweaty season, likely summer"*:  There is no such description in the "opening scene" of the Book; Plaintiff cites a different scene forty pages later in chapter five (citing Book p. 41, lines 8-11, 30).  There is no indication of temperature or season in the opening scene of the Picture.

   - *"After getting a delivery assignment"*:  The early scenes from the Picture do not show Wilee "getting a delivery assignment."  Rather, the flashback shows Wilee already en route to make the delivery (Picture at 00:01:20 - 00:04:00).

   - *"Brakeless"*:  While the Picture explains that Wilee's bike is a unique "fixed gear" bike that has "no brakes" (Picture at 00:02:06), the Book explains that Chet *has* heel-brakes on his rollerblades – (*see* Book pp. 92-93 ("the way you'll stop for now is to use your heel-brake….  do a T-stop like this and drag your heel")) – and manages to "skid to a halt beneath a street sign" at the end of his delivery (Book p. 9).

---

[2] For ease of comparison, Defendants' citations to the Picture also refer to the commercially available DVD version of the motion picture "Premium Rush," which Plaintiff lodged with the Court on December 31, 2012 (*see* ECF No. 98).

DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

- *"Challenged by street lights"*:  In the Book, Chet is required to precisely time his descent down Watermelon Hill so that he can clear "the five streetlights that curve down the concrete ski ramp," which means he "can't budge until the first three streetlights are green, and the last two red" (Book p. 5).  In the Picture, Wilee simply rides through a single red light (Picture at 00:02:14).

- *"Pedestrians, many in business suits he could never wear"*:  The scene in the Book shows Chet blading past a "flock of businesswomen" referred to as "suits," but does not discuss whether "he could never wear" these women's suits or why.  In contrast, the referenced scene in the Picture explains that Wilee does not want to wear a suit because he "can't work in an office" (Picture at 00:02:00), which stems from his deeper refusal to take the Bar exam, become a lawyer, and work a desk job (*see* Picture at 00:09:12 - 00:09:29).

- *"Squeezing by opening vehicle doors"*:  Chet does not squeeze "by" an open door in the Book; he performs the distinctive move of jumping *over* the door by grabbing his rollerblades and bending them up towards his ears (Book p. 9 ("Door flashes beneath me.")).

- *"Gets air ... then hits the street and is jolted back to mortality"*:  In the Book, Chet hurtles down Watermelon Hill, purposefully gets "air," lands on his skates, and continues to make his delivery (Book at 7 (Chet: "I am going *faster* than when I left the ground.")).  This occurs after what Plaintiff himself characterizes as two other distinct scenes – "Dispatcher Introduced At A Shabby Dispatch Office" (Exh. A, p. 2); "Chet Accepts Urgent Delivery After Bargaining For An Inflated Price" (Exh. A, p. 3).  In contrast, the very first scene in the Picture shows Wilee flying through the air after being hit by a taxi, landing on his back, and falling unconscious (Picture at 00:00:37 - 00:01:16).  The paramedic does not ask "You back" until more than an hour later in the Picture (Picture at 01:04:56) and refers to Wilee coming "back" to consciousness after his accident, whereas Chet was coming "back" to the ground after his jump.

CV 11-03773 RS
DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

### B.    Actual Depiction

The Picture introduces Wilee physically flying through the air after his bike is hit by a taxi, landing on his back, and falling unconscious on the street in a matter of seconds (Picture at 00:00:37 - 00:01:16).  After introducing this plot point near the end of the story, the Picture flashes back to an earlier montage of several different bike messengers riding through the crowded streets of Manhattan (Picture at 00:01:15 - 00:03:50), one of whom is Wilee mid-route to a routine delivery that is unrelated to the later crucial delivery of the hawala ticket that drives the story.  Therefore, the Picture starts near the end of the story chronologically, and flashes backward in time to show the events that brought Wilee to that point.

In sharp contrast, the Book starts at the beginning of the story and follows a series of sequential events in a linear fashion.  *See Funky Films*, 462 F.3d at 1081 (noting that one work "unfolds in a straight, linear trajectory" while the other "employs repetition, dreams, and flashbacks to intensify certain scenes").  The opening pages begin with an abstract discussion of the numerous advantages Chet has over bike messengers as "the only rollerblading messenger in the city."  Book p. 1.  When Chet is finally physically introduced, he is shown hopping off a cable car, rollerblading past bike messengers, and going up stairs into dispatcher Mel Corlini's office.  Chet receives the first in a series of secretive packages containing computer disks with insider trading information, which only he as a rollerblading messenger can deliver in time.  *See* Book pp. 3-4 ("'You can't get down to flatville in eight minutes!  It's a twenty-minute trip, at top speed … on a *bike*….  How are *you* gonna do it?'  'Momentum.'").  After a clear scene break, Chet daringly blades down Watermelon Hill and completes his delivery.  Chet's delivery is the commencement of the Book's plot, as it is the first of many deliveries to facilitate the insider trading scheme at the heart of the Book.

### C.    Remaining Allegations

Once Plaintiff's attempts to "mischaracteriz[e] the events to make the works appear more similar" are disregarded (*Bernal*, 788 F.Supp.2d at 1063), all that remains are highly abstract characterizations by Plaintiff:  "a car and pedestrian-infested street," "a job that can kill you," "getting a delivery assignment," "maneuver[ing] through the city skillfully," "changing street

DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1   lights," "pedestrians … in business suits," and "a major American financial center" (which ignores

2   that the works are set in very different cities and rely heavily on the specific landmarks from their

3   respective cities, instead reducing differences in expression to a level of such generality they would

4   apply to any work set in a major city)).  Cars, pedestrians, street lights, deliveries, and danger are

5   *scenes a faire* that flow naturally from the shared (and also unprotectable) premise of a courier

6   making deliveries in an urban setting and, therefore, are unprotectable.  *See* Response No. 25 *infra*

7   (giving examples of popular works that include the recognized trope of couriers who make

8   deliveries that "often come[] with some level of danger involved, either from the environment the

9   Courier crosses, the package they're delivering, people who may be after the package they're

10  delivering, or simply through the Courier's own recklessness").

11  **2.**   **Plaintiff's Alleged Similarities Regarding "Dispatcher Introduced At A Shabby**
         **Dispatch Office" (Exh. A, pp. 2-3)**

12
         *A.*     *Inaccuracies/Mischaracterizations/Lack of Support*

13

14  •    *"Office building that has no elevator and is downmarket"*:  Plaintiff's assertion that

15       the dispatch office buildings have no elevator is incorrect and irrelevant.  *See*

16       Response Nos. 29, 34 *infra*; *Bernal*, 788 F.Supp.2d at 1063 (rejecting "lengthy list of

17       random similarities, with little analysis as to why such alleged similarities are

         qualitatively important to the two works").

18

19  •    *"The dispatcher ... who is an asshole ... sarcastic and exploitive"*:  Not only does

20       Plaintiff's characterization of Raj as an "asshole" never appear in the Picture, Raj

21       clearly has a vastly different personality and different relationship with his

22       messengers than Mel in the Book, who terrorizes the messengers and attempts to

23       have Chet killed before he himself is killed by co-conspirators in the insider trading

24       scheme.  *See* Response No. 29 *infra*.

25       *B.*     *Actual Depiction*

26  In the Book, Chet volunteers to make a risky delivery down a steep hill in 6 minutes for

27  $500 when a bike messenger says it cannot be done, all because Chet "MUST MAKE RENT"

28  (Book pp. 3-4).  In the Picture, the scene in the dispatch office does not occur until several minutes

CALDWELL
LESLIE &
PROCTOR

-8-                                                    CV 11-03773 RS
DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

into the film (Picture at 00:05:36).  Wilee enters the dispatch office, gets his paycheck, and attempts to flirt with Vanessa.  After Raj and the various bike messengers joke with each other, Raj gets a call specifically requesting Wilee for a delivery, and Wilee agrees to go uptown to pickup a package for $30 with no apparent risk, and only discovers later why it is crucial that the package must be delivered by a certain time (Picture at 00:07:10).

Plaintiff's attempt to conflate these two scenes is significant for several reasons.  First, Mel in the Book and Raj in the Picture have completely different personalities and very different roles in the respective stories.  *See* Response No. 29 *infra*.  Second, Plaintiff's mischaracterization of Mel's office as "shabby" and "downmarket" is particularly egregious because this scene in the Book sets up the rich-versus-poor class warfare theme explored throughout the Book:  poor messengers who "thrash it out paycheck to paycheck" at the mercy of an malicious dispatcher who is a "stock market player" "so rich" that he views messengers as fungible and disposable workers who will risk life and limb for a few hundred dollars (Book pp. 2-3).  Third, this scene sets up the hostility between Mel and his messengers, as well as between Chet as a rollerblading messenger and other messengers on bikes (*see, e.g.*, Book pp. 4 ("Behind me is a small wake of bicycle couriers, sniveling like rats.  They pelt me with caterwauls."), 5 ("'Whatsamatter, Rollerfag?  Chicken?'")).  Raj and his bike messengers in the Picture, on the other hand, "stick together" (Picture at 00:02:54) and later Raj calls upon the messengers to call in "the cavalry" that saves Wilee (Picture at 01:20:24).

### C.  *Remaining Allegations*

The only remaining allegations are highly generic characterizations by Plaintiff – "dispatch office … in a streetside office building" and "messengers who are hanging around the office" – which are unprotectable *scenes a faire* that flow naturally from the shared (and also unprotectable) premise of a courier making deliveries in an urban setting.

CALDWELL
LESLIE &
PROCTOR

-9-

CV 11-03773 RS

DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

3. **Plaintiff's Alleged Similarities Regarding "[Chet/Wilee] Accepts Urgent Delivery After Bargaining For An Inflated Price" (Exh. A, p. 3)**

A. *Inaccuracies/Mischaracterizations/Lack of Support*

- *"Needs to make another one for money"*:  Chet doesn't simply need money; he is "already two weeks late" with his rent, facing "eviction time," and desperate enough to risk his life on a delivery that "only a fucking maniac would" make (Book p. 3). No such desperation is exhibited by Wilee in the Picture.  *See* Response No. 25 *infra*.

- *"Hungry"*:  Whereas Chet in the Book is metaphorically hungry to make another delivery (Book p. 2), Wilee in the Picture is literally hungry for food, which the film makes clear later when Wilee stops to eat a burrito during his delivery (Picture at 00:10:54).

- *"Competitive messenger character"*:  Spider does not compete for the delivery in the cited scene; he had already refused to make the delivery because "you can't take it straight down" the steep hill, and only then did Chet step in and volunteer for the delivery (Book p. 3).  Nor is it correct to suggest that Spider is a competitive messenger character for Chet, as there is no uniquely competitive relationship between Chet and Spider in the Book.  In fact, Chet ends up personally training Spider on how to make rollerblade deliveries so Spider can replace him, and even develops affection for Spider (*see, e.g.*, Book p. 96 (Chet:  "I [Chet] wrap my arms around [Spider's] shoulders.  'Now your bicycle chums will *really* love you!'  He gives me a sly grin.")).  In contrast, Manny appears throughout the Picture as a specific rival who steals specific deliveries intended for Wilee, who attempts to steal Wilee's romantic interest Vanessa, and whom Wilee has beaten previously in bike races.  *See* Declaration of Mark Rose in support of Defendants' Motion for Summary Judgment ("Rose Decl.") ¶ 26 (ECF No. 69-1).  Manny is not even present during the described scene where Wilee agrees to take the delivery that drives the plot of the Picture (Picture at 00:07:09).

- *"Dispatcher ... plays [messenger] off [the competitive messenger] and negotiates a speed guarantee for higher compensation"*:  In the Book, Chet is only given the delivery after Mel had *already* offered $500 for Spider to deliver it (at which point, Spider had 8 minutes before the deadline of 12:55), and Spider had *already* refused because of the risk (Book p. 3).  Chet then volunteers to make the delivery by the *same* deadline for the *same* amount of money (by that point, Chet only had 6 minutes before the deadline of 12:55) (Book pp. 3-4).  At no point does Mel play Chet off Spider or negotiate with Chet for a speed guarantee for higher compensation.  In the Picture, Wilee is specifically requested by the customer to make the pickup, complains that he is tired, but agrees to do it when he gets a slight bump in his pay to $30 (Picture at 00:07:09).  There is no apparent element of danger and Wilee is not even aware of the real urgency behind the package at the time, let alone give a "speed guarantee for higher compensation."  And, as noted above, Wilee's messenger competitor, Manny, was not even present in the scene.  (Picture at 00:07:09.)

- *"Wins the urgent delivery"*:  There is no comparison between the urgency of the deliveries in the two works.  In the Book, Chet must risk "becom[ing] a smoking gumbo of bones, gristle, entrails, and blood, slopped and splattered down ten blocks of handbraked cars clutching to the side of Nob Hill" to make a delivery in 6 minutes (Book p. 5).  In the Picture, Wilee has enough time to stop for a burrito during his 90-minute delivery downtown (Picture at 00:10:54).  Further, as noted above, Wilee did not "win" the delivery; he was requested by the customer.

### B.    Actual Depiction

In the Book, this scene introduces the idea that Mel needs to deliver certain top-secret packages in near-impossible times, and that Chet as a rollerblader is the only messenger equipped (and desperate enough) to go straight downhill and risk his life to make the deliveries (Book pp. 2-5).  The rest of the Book concerns the investigation into what is in the packages (time-sensitive insider trading tips to a sprawling criminal network).  In the Picture, this scene sets up the single

1   "task" that drives the story: Wilee is specifically requested by the customer, who is a friend of his,

2   to deliver a ticket from Columbia University to Chinatown so that her son can come to the United

3   States. *See* Rose Decl. ¶ 14 ("The works in question also differ notably in terms of story. The

4   Plaintiff's *Novel* centers on the exposure of an elaborate insider trading conspiracy. The

5   Defendants' *Movie* is concerned with the delivery of a single envelope that contains the key to the

6   future of a young child in China and a mother in New York."). At the time Wilee accepts the

7   assignment, there is no indication it will be physically dangerous or why it is urgent, which he only

8   learns later. *See* Response No. 4 *infra*. Further, the dispatcher in the Picture knows no more about

9   the delivery than Wilee, in contrast to Mel in the Book, who is the one sending the illegal stock tips.

10      This scene in the Book also introduces Spider, who is a minor character who appears briefly

11  in only three chapters before being brutally killed in the first third of the Book. *See* Chapters

12  "Rush," "Working Class Hero," and "The Shit Kicks In." In contrast, Wilee has a specific

13  competitor messenger for both deliveries and for the romantic interest of Vanessa: Manny, not

14  Marco or Polo. *See* Rose Decl. ¶ 33 ("There is no evidence that the Defendants' character Manny is

15  in any way based on or influenced by the Plaintiff's character Spider who in fact appears only in the

16  early part of the *Novel*. Nor is there any meaningful similarity between Tito, the old-timer courier,

17  or Marco and Polo and any of the additional messenger figures in the *Novel*.").

18      **C.      *Remaining Allegations***

19      Stripped of Plaintiff's mischaracterizations, the only remaining allegations – couriers who

20  generally "need[] to make [deliveries] for money," "dispatchers," and deliveries "which the

21  customer has required to arrive" at certain times – are unprotectable *scenes a faire* that flow

22  naturally from the shared (and also unprotectable) premise of a courier making deliveries.

23  **4.   Plaintiff's Alleged Similarities Regarding "[Chet/Wilee] Is Assigned To "Chinese" and
        Elegant Office Pickup and Delivery Sites For ["Dr. Chen"/"Sister Chen]" (Exh. A, pp.**

24  **    4-5)**

25      **A.      *Inaccuracies/Mischaracterizations/Lack of Support***

26  •   *"Delivery is going to … Chen"*: In the Book, Chet delivers several packages

27      containing insider trading tips to John Chen, the male drug kingpin who later kills

28      Mel and tries to kill Chet. The Picture, on the other hand, is built around the delivery

CALDWELL
LESLIE &
PROCTOR
                                -12-                          CV 11-03773 RS
        DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
        AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

of a single package containing a hawala ticket to Sister Chen, the female snakehead who only appears at the end of the film to arrange for Nima's son to come to the country and does not antagonize Wilee or anyone else in the story.  *See* Rose Decl. ¶ 34.  Notably, this is one of several examples where Plaintiff attempts to compare a single character from one work (here, John Chen in the Book) to multiple, different characters in the other work ((1) in this comparison, to Sister Chen in the Picture; (2) in Comparison No. 16, to the antagonist Monday in the Picture; (3) in Comparison No. 17, to the bike cop who impounds Wilee's bike in the Picture; (4) in Comparison No. 28, to Mr. Leung in the Picture; and (5) in Comparison No. 28, to the unnamed Chinese faction running the gambling dens in the Picture).  *See Litchfield*, 736 F.2d at 1356 (rejecting attempt to "emphasize[] random similarities scattered throughout the works").

- *"Works from [Chinese building] built into the first floor"*:  Midway through the Book, John Chen is introduced working behind "a mahogany desk" in "a large office" "on a beautiful, well-lit *fifth floor*" of the office out of which he runs his drug ring.  *See* Response No. 38 *infra*.  By contrast, at the very end of the Picture, Wilee finds Sister Chen "SEATED ALONE IN A BOOTH, EATING A MEAL" in the quiet tea parlor on the first floor (COL260, Reel 5AB, Scene 235; Picture at 01:21:08).  There is no evidence that she works at the tea parlor.

- *"[Mel/Nima] calls the deliveries ... important"*:  The dispatcher in the Book (Mel) calls the deliveries important because he not only knows the contents of the various packages but also is "the locus who organizes everything, the spider at the center of the web" (Book p. 176).  In contrast, the dispatcher in the Picture (Raj) does not know the content of the package or why it is important.  It is the *customer* (Nima) who later calls the delivery important, because it will pay for her son to come to the country (Picture at 00:09:35-00:10:15).  Notably, this is another example where Plaintiff attempts to compare a single character from one work (here, Mel in the Book) to multiple, different characters in the other work: (1) in this comparison, to

DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Nima; (2) in Comparison No. 16, to Monday; (3) in Comparison No. 29, to Raj.  *See Litchfield*, 736 F.2d at 1356 (rejecting attempt to "emphasize[] random similarities scattered throughout the works").

- *"Hops the curb to get there and arrives at the delivery site on time"*:  In the Book, Chet hops the curb on his rollerblades outside the Chinese restaurant where he delivers the initial delivery to John Chen (Book p. 9).  Plaintiff misleadingly equates this with the scene in the Picture where Wilee bikes on and off a curb en route to the routine delivery at the start of the Picture (Picture at 00:03:45).  Wilee is *not* delivering Nima's package at that point and the curb in question is *not* outside the Chinese tea parlor.  To the contrary, when Wilee later delivers Nima's package at the end of the Picture, he is shown limping into the tea parlor and the curb is not even visible (Picture at 01:21:08 - 01:21:31).

- *"Asks for his receipt"*:  Whereas Chet asks but is prevented by a large thug from getting a receipt (Book p. 11 ("Homeboy didn't even give me a [receipt]")), Wilee asks and gets a receipt from Nima (Picture at 00:09:50).

- *"[Delivery to] elegant office building with revolving doors, a polished marble lobby, an elevator bank and receptionist"*:  In the Book, Chet's first delivery is to the Chinese restaurant and his second delivery is to Levy's office building at the beginning of the story (Book pp. 9, 40).  The opposite is true in the Picture:  Wilee first delivers to an office building in a delivery that has nothing to do with the plot, and does not deliver to the Chinese tea parlor until the very end of the story (*compare* Picture at 00:04:14 - 00:04:24 *with* Picture at 01:21:08 - 01:21:24).  Also, in the Picture, Nima does not give Wilee the package in a routine "office building," but in the law school (COL28, Reel 1AB, Scene 144 ("INT. LAW SCHOOL"); Picture at 00:09:30).

- *"Confirms [delivery] in stilted, formal diction"*:  In the Picture, when Nima gives her one delivery to Wilee (Picture at 00:09:35 - 00:10:22), she speaks with a "CHINESE ACCENT" (COL158, Reel 4AB, Scene 2; Picture at 00:49:24 - 00:49:35).  In the

Book, there is no evidence that Levy speaks with any accent.  Rather, Levy's manner of speaking reflects his wealth and the fact he is giving orders to a lowly messenger.  *See* Book pp. 39-40 (describing Levy as a powerful "executive" who has "an affected *casualness*" but gives detailed instructions about precisely how Chet will be making the many deliveries for the insider trading scheme – *e.g.*, "You are not to talk to the secretaries or anyone," "Don't let anyone else accept the package for me," "If you don't find me, wait," and "We don't even need to exchange words" (emphasis added)).

- *"The customer knows and trusts him"*:  Actually, the customers in the Book do not personally know or care about Chet at all.  They use Chet to make deliveries because he made the first delivery on time, and because his rollerblades make faster deliveries possible (Book p. 36 (Mel:  "'Somebody told Dr. Chen the five-minute delivery was made on rollerskates, and he just went ape-shit for this new technology.'")) and he is desperate enough "to *risk [his] life* for another hundred bucks a day" (Book pp. 36-37 (emphasis in original)).  When his customers later believe he "tampered with" one of the deliveries, they try to kill him (Book p. 97).  In the Picture, by contrast, Nima personally knew Wilee because he set up her roommate situation with Vanessa and Nima asked for Wilee by name because she believed he was trustworthy (Picture at 00:50:26 - 00:50:50).  And Nima never stops trusting Wilee.

## B.    Actual Depiction

This is one of many examples where Plaintiff misleadingly cuts and pastes different events from the two works.  *See Bernal*, 788 F.Supp.2d at 1072 (disregarding comparison that "picks specific scenes from both works, places them out of order, and then compares them as if both works have the same sequence of events").  Plaintiff is attempting to manufacture similarities in the plots, the deliveries, and the characters where none exist.

In the Picture, the story begins with Wilee failing to pick up a delivery at the elegant office building because Manny picked it up first (Picture at 00:04:25 - 00:04:40, 00:05:59 - 00:06:04).  He

CALDWELL
LESLIE &
PROCTOR

-15-

CV 11-03773 RS
DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

then returns to the dispatch office, where he receives an *unrelated* assignment for which he was specifically requested by Nima (Picture at 00:07:09):  deliver the hawala ticket to Sister Chen at the Chinese tea parlor who arranges for Nima's son to come to the country.  Wilee's attempt to deliver Nima's package thus drives the entire plot of the Picture:  we do not meet Sister Chen until the very end when Wilee finally completes the task (Picture at 01:21:20).

In stark contrast, in the first third of the Book, Chet's first delivery is to John Chen at the Chinese restaurant (Book pp. 9-11), his second delivery is to Levy at the elegant office building (*id.* pp. 37-41), and his third delivery is to John Chen again (*id.* pp. 69-72).  All of these deliveries relate to the insider trading scheme perpetrated by the dispatcher Mel, John Chen, and Levy, among others.  They stop using Chet for deliveries and start trying to kill him when one of the packages is delivered unsealed (Book p. 97).  The rest of the plot centers on Chet's investigation into the insider trading scheme and attempt to *stop* the deliveries as he is chased throughout the city by various antagonists.  Therefore, Plaintiff's conflation of the deliveries in the two works is not only inaccurate, it distorts the fundamentally different nature of their plots.  *See* Rose Decl. ¶ 81 ("the *Novel* employs an intrigue plot that involves the protagonist's exposure of a vast financial conspiracy whereas the *Movie* presents a task story which tracks the protagonist's journey as he fulfills an obligation").

### C.    Remaining Allegations

Chen is one of the most common Chinese surnames in the world and is not protectable.  *See* TV Tropes, "Chinese Names," *http://tvtropes.org/pmwiki/pmwiki.php/Main/ChineseNames* (noting that "[m]any Taiwanese are named Chen, for example" in discussing stereotypic Chinese names).  Further, the name is used in the *New Yorker* article that David Koepp cited as an inspiration for part of the Picture.  *See* ECF No. 76-3, p. 3-4 (referencing snakehead Sister Ping and a Michael Chen who was brought to this country from China through a snakehead).  And settings such as an "elegant office building" or "Chinese restaurants" can be found in many works, especially those set in cities.  *See* Response No. 38 *infra*; *Bernal*, 788 F.Supp.2d at 1071 (listing "offices" and "restaurants" as examples of "commonplace settings").  Plaintiff's remaining allegations – "important" and "high-speed deliveries," "arriving at the delivery site on time," – are generic *scenes*

DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

*a faire* that flow naturally from the shared (and also unprotectable) premise of a courier making deliveries in an urban setting.

**5.  Plaintiff's Alleged Similarities Regarding "Love Interest [Ho/Vanessa] Is Introduced, But Seems Uninterested In [Chet/Wilee]" (Exh. A, pp. 5-6)**

**A.  Inaccuracies/Mischaracterizations/Lack of Support**

- *"The relationship between [protagonist] and his love interest … is tense at the start – it's not clear they have a live intimate relationship"*: This flatly misstates the Ho character and her relationship with Chet in the Book. It is clear that Chet and Ho do *not* have an intimate relationship at the beginning of the Book. Ho is presented as someone Chet lusts after but Ho is involved in a relationship with another woman (Book p. 20). When Chet discovers that relationship has broken up, he tries to work up the courage to let Ho know how he feels, while she clearly views him as nothing more than a friend. By contrast, it is clear that Wilee and Vanessa have an intimate relationship from the outset, but that she is upset with him (Picture at 00:06:38 - 00:07:07). *See* Response No. 26 *infra*.

**B.  Actual Depiction**

*See* Response No. 26 *infra*; *see also* Rose Decl. ¶¶ 18, 23, 29.

**C.  Remaining Allegations**

Plaintiff has stripped all expressive details from his comparison of the love interest figures, which leaves only a highly (and unprotectable) stock character. *See* Response No. 26 *infra*.

**6.  Plaintiff's Alleged Similarities Regarding "The Courier Code Re Secrecy Of The Delivery Package Is Established, But These Particular Deliveries Concern [Chet/Wilee]" (Exh. A, p. 6)**

**A.  Actual Depiction**

In the Book, Chet does *not* think he is delivering drugs; rather, he knows that it is a computer disk (Book p. 18). Even though he is suspicious, Chet is perfectly willing to continue the deliveries for the money, even against his friends' advice (Book p. 49 (Chet: "I'm like, 'Chill out, Denny. I'm just the courier in this arrangement. It's my boss's crime, not mine. If I say no, then they'll just find some other peon to take the money. It's none of my business who those rich

CALDWELL LESLIE & PROCTOR

-17-

CV 11-03773 RS

DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1   dwerbs are screwing.'")).  It is only many deliveries later, when Chet sees the spider insignia

2   suggesting that he's working for a drug dealer who supplies the drugs to which Chet's brother is

3   addicted (though Chet still knows he is not delivering drugs), that he decides to *stop* the deliveries

4   (Book. pp. 86-87).  In the Picture, by contrast, Wilee immediately decides not to complete the one

5   delivery for Nima at the first sign of suspicion, because he thinks that he is "carrying drug shit"

6   (Picture at 00:35:57).  When Nima explains that the package contains the hawala ticket for her son,

7   however, Wilee decides to help her *complete* the delivery.  *See also* Rose Decl. ¶ 38.

8           ***B.*    *Remaining Allegations***

9        All that remains are highly abstract characterizations by Plaintiff:  "courier codes" to keep

10  packages secure, "suspicious" circumstances, "wondering about the contents of the urgent and

11  confidential delivery packages."  Such elements are unprotectably generic and commonplace in

12  popular works about delivery of secret packages.  *See* Response No. 25 infra; *see also* The

13  Transporter (2002), *http://www.imdb.com/title/tt0293662* (describing plot involving "a mercenary

14  'transporter' who moves goods—human or otherwise—from one place to another.  No questions

15  asked.  Carrying out mysterious and sometimes dangerous tasks in his tricked-out BMW, Frank

16  adheres to a strict set of rules, which he never breaks.  Rule One: Never change the deal.  Rule Two:

17  No names—Frank doesn't want to know whom he's working for, or what he's transporting.  Rule

18  Three: never look in the package.  Frank's newest transport seems no different from the countless

19  ones he's done in the past.  He's been hired by an American known only as 'Wall Street' to make a

20  delivery; but when Frank stops along the route, he notices his package is moving.  Violating Rule

21  Three, Frank looks inside the bag, finding its contents to be a beautiful....").

22  **7.**    **Plaintiff's Alleged Similarities Regarding "[Chet/Wilee] Encounters An Intimidating, Smiling, Well-Dressed Antagonist And First Chase Begins" (Exh. A, pp. 7-8)**

23

24          ***A.*    *Inaccuracies/Mischaracterizations/Lack of Support***

25  •    *"[Caucasian] who is connected with the Chinese gangsters"*:  There is no similarity

26         between Spock and Data, who are Italians *in a conspiracy with* John Chen's drug

27         ring, and Monday, who owes money and is beholden to the Chinese figures who run

28         the gambling dens he frequents.  In fact, early in the Picture, Monday kills one of the

-18-            CV 11-03773 RS

DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1   Chinese gangsters, which only increases the adversarial relationship (Picture at

2   00:27:43 - 00:28:07, 00:32:34 - 00:32:41).

3   • *"[Conflict/confrontation] about courier code of secrecy"*:  In the referenced scene in

4   the Book, Data and Spock think that Chet and Spider have *already tampered with* the

5   *open* package they delivered and give chase (Book p. 97 (Spock:  "'If the envelopes

6   are tampered with, we go into code red!'")).  In contrast, Monday asks Wilee *to*

7   *tamper with* Nima's *closed* package by giving it to him (Picture at 00:11:07).  *See*

8   *Bernal*, 788 F.Supp.2d at 1066 (noting "Opposite expressions of a general idea are

9   not copyright violations.").

10   **B.      Actual Depiction**

11   Plaintiff is cutting and pasting (and misstating) different scenes from the Book and the

12   Picture in order to manufacture similarities where there are none.  In the referenced scene in the

13   Book, Chet and Spider deliver an already opened package to the antagonists Data and Spock, whose

14   marching orders are to "waste" anyone who tampers with the envelope (Book p. 97).  Data and

15   Spock immediately chase Chet and Spider (who are on rollerblades), and Spider trips on a dog

16   leash, gruesomely bites off his tongue, and is shot to death by the gangsters in plain view (Book pp.

17   98-101).  No one rides a bike in this (or any) chase scene in the Picture.

18   The referenced scene in the Picture, by contrast, is the first encounter between Monday and

19   Wilee.  Monday wants Wilee to break his courier's vow by relinquishing the package to him, but

20   Wilee refuses and rides away (on a bike) (Picture at 00:11:07 - 00:12:27).  Wilee then has an

21   extended phone call with Vanessa (Picture at 00:12:45 - 00:14:14).  When Monday (in a car) finally

22   catches up with Wilee (on a bike) several minutes later, a real chase ensues.  This chase, however,

23   does not involve rollerblades, a dog leash, or anyone biting off their tongue or dying.  Plaintiff

24   attempts to combine this scene with a scene much later in the Picture, where Wilee *is chasing*

25   *Manny* (both on bikes) through Central Park (Picture at 00:58:23).  Even then, Wilee does not bite

26   off his tongue or die from the fall, but rather jumps up and continues on his bike chasing Manny.

27   *See* Quirk Depo., Dkt. 69-4, at 297:2-298:2.

28

CALDWELL
LESLIE &
PROCTOR

-19-                                           CV 11-03773 RS
DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

### C.     Remaining Allegations

All that remains are highly abstract characterizations by Plaintiff – "intimidating, smiling, well-dressed antagonists," "intimidating, intense eye contact," antagonists who should not be "fucked with," and "chase throughout the city" involving tripping on a leash – are unprotectable *scenes a faire* that flow naturally from the shared (and also unprotectable) premise of a courier making deliveries of valuable objects that others want.

**8.     Plaintiff's Alleged Similarities Regarding "[Chet/Wilee] Makes A Panicked Call To His Dispatcher But Gets No Help" (Exh. A, pp. 8-9)**

### A.     Inaccuracies/Mischaracterizations/Lack of Support

- *"The dispatcher is not a source of help, when [protagonist's] angry call to [dispatcher] is met with dismissiveness"*:  This flatly misstates the events in both works.  In the scene referenced in the Book, Mel is not just unhelpful:  as John Chen's minions chase and try to kill Chet, Chet calls Mel to plead for help but Mel tries to ascertain Chet's exact location *to help the minions locate and kill Chet* (Book p. 102 (Chet:  "'*Please* don't give them my name!'  'Okay, Chet, relax.  Where are you?'  'At a pay phone.'  'Where?'  'Down Mission.'  'Okay, stay right where you are.  What's your cross street?'  Oh my God.  'Chet?  Are you there?'  He knows.  My God, he knows…. [A]t this moment he is telling Chen I called from a pay phone down Mission Street, and to be ready, because he thinks I just realized what's up.  They know I know.  Now I'm all the more valuable as a corpse." (emphasis in original))).  In the referenced scene in the Picture, on the other hand, Wilee has escaped after being chased by Monday and is not in immediate danger.  Wilee calls Raj to angrily complain about the delivery and announce that he is bringing it back.  When Raj learns that Wilee "almost got [his] ass killed three times in the last twenty minutes," Raj *immediately* offers help even though Wilee *does not ask for help*:  "'Is somebody messin' with you?  You need backup?'  'No, I (scoffs) No.  Just wanna get rid of the thing.'" (COL113 - 115, Reel 3AB, Scenes 28-36; Picture at 00:35:38 - 00:36:25).  At the end of the story, when Vanessa calls for help, Raj immediately

CALDWELL
LESLIE &
PROCTOR
-20-                                                CV 11-03773 RS
DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1    calls in "the cavalry" to rescue Wilee (Picture at 01:17:41 ("'I need the cavalry,

2    bro.'")).  Unlike Mel in the Book, Raj never tries to kill Wilee and is not an

3    antagonist in the story.  *See* Response No. 29 *infra*.

4    **B.      Actual Depiction**

5        As noted above, in the Book, Chet calls Mel as he is being chased by the Chinese gangsters

6    who just killed Spider (Book p. 102).  He is then chased by various antagonists through an

7    apartment building and onto the BART (Book p. 102-115).  Mel becomes one of the antagonists

8    trying to kill Chet until he is killed himself by the Chinese gangsters trying to cover their tracks.  In

9    the Picture, Wilee has already been chased by Monday (Picture at 00:14:10 - 00:18:00), eluded him,

10   and takes time to tell Raj that he will not complete the delivery because he thinks he's "carrying

11   drug shit" (Picture at 00:35:57).  Raj offers help during that call (which Wilee refuses), provides

12   help later by calling in "the cavalry," and never serves as an antagonist in the story.  *See* Response

13   No. 29 *infra*.

14   **C.      Remaining Allegations**

15       None.

16   **9.      Plaintiff's Alleged Similarities Regarding "[Chet and Ho/Wilee] Go To Police Precinct
         House To Report Crime, But Discover Police Are Complicit and Dismissive" (Exh. A,
17       pp. 9-10)**

18   **A.      Inaccuracies/Mischaracterizations/Lack of Support**

19       •    *"[Protagonist(s)] decide to report the situation to the police"*:  Leaving aside that

20            Plaintiff attempts to conflate two characters from the Book (Chet and Ho) with one

21            character in the Picture (Wilee), the characters in the two works go to the police for

22            very different reasons.  In the Book, Chet is suspected in the murder of Spider.

23            Denny convinces him to go to the police to explain that *he did not* commit a crime

24            (Book pp. 130-31 (Denny:  "'But listen up, dude, you got to go in and explain

25            everything to them.  The longer you wait, the more it looks like you're a fugitive.  If

26            you just walk in and tell them the truth, they'll investigate.  They might hold you for

27            a while, but they'll figure everything out.  You'll be safe with the cops. … Just go in

28            thinking witness, not suspect.  Tell them you heard you were a suspect, and you

CALDWELL
LESLIE &
PROCTOR

-21-                          CV 11-03773 RS
DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

came in of your own free will to explain things.'"")).  In the Picture, Wilee decides on

his own to go to the police station to report *someone else had* committed a crime

(Picture at 00:21:19 (Wilee:  "'Guy tried to rob me and run me over with his car…. I

want him arrested.   It's like attempted vehicular manslaughter, or whatever.'"")).  *See*

*Bernal*, 788 F.Supp.2d at 1066 (noting "Opposite expressions of a general idea are

not copyright violations.").

- *"The precinct house is bustling….  The cop at the desk where citizens make reports*
  *is behind security glass, has attitude, and snorts"*:  This incorrectly describes the
  police stations in both works.  *See* Response No. 40 *infra*.

- *"Discovers [something] about cop"*:  The alleged discoveries in both works are
  entirely dissimilar.  In the Book, Chet discovers that Gina Corlini is related to his
  dispatcher and now adversary Mel Corlini, and therefore cannot be trusted to provide
  help from the people trying to kill him (Book p. 140 (Chet:  "'I turn myself in, that
  Gina Corlini will have me whacked…. She's related to Mel.  I know she is.  She's
  probably his sister.'"")).  In the Picture, Wilee discovers that the person who has been
  chasing him is a cop from the NYPD (Picture at 00:22:14 - 00:22:30).  This does not
  make him think Monday is corrupt, but that Wilee must be carrying something
  illegal (Picture at 00:35:57).  *See* Rose Decl. ¶ 61.

### B.    Actual Depiction

A detailed discussion of these two scenes – including how Wilee does *not* discover Monday

is complicit but rather believes that *he* is somehow "carrying … drug shit" – is contained in

Defendants' Motion, p. 15 (ECF No. 69) and the Rose Declaration ¶¶ 81, 61).  To the extent

Plaintiff claims a similarity between the escapes involving buses and children, in the Book, Chet

and Ho run from the police station when the bad cop (Gina Corlini) recognizes them (Book pp. 138-

39).  Chet and Ho passes through a line of children and *ride* a bus to escape with little chase from

the cops (Book p. 139 (Ho:  "'We get on the bus, we're home free!  Just duck down beneath the

windows!'")).  In the Picture, by contrast, Wilee sneaks away from the police station *without* being

CALDWELL
LESLIE &
PROCTOR

-22-                                                                CV 11-03773 RS
DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1   seen by the bad cop.  He is, however, chased by the bike cop, and escapes by hiding behind and

2   hanging *on the side of* a bus (Picture at 00:35:00).

> ### C.   Remaining Allegations

4   All that remains are highly abstract and unprotectable characterizations by Plaintiff:  a

5   "discovery" in a "police precinct" and an "escape" involving, in different ways, a "bus" and a

6   "crowd of schoolchildren."  *See* Motion, p. 5 (ECF No. 69); Rose Decl. ¶ 81; *see also* TV Tropes,

7   "The Bad Guys Are Cops," *http://tvtropes.org/pmwiki/pmwiki.php/Main/TheBadGuysAreCops*

8   (giving examples in popular works of the common plot device of "A simple form of The Reveal …

9   it turns out the police are the criminals").

> ### 10.   Plaintiff's Alleged Similarities Regarding "The Love Interest [Ho/Vanessa] [Becomes/Is] A Messenger For The Same Delivery Service As [Chet/Wilee] And Risks Her Life For [Chet/Wilee]" (Exh. A, pp. 10-11)

> ### A.   Actual Depiction

13   In the Book, Ho is not a messenger, but becomes a *skateboarding* messenger only after Chet

14   has already left Mel's delivery service and gone underground because Mel is trying to kill Chet

15   (Book p. 141).  Ho and Chet never work together as messengers.  And the explicit purpose of Ho

16   becoming a messenger is to infiltrate Mel's operation in order to help Chet investigate and uncover

17   the sprawling insider trading conspiracy in the Book (Book p. 142), which leads to her being taken

18   hostage by John Chen, threatened with rape (Book p. 289-90), and almost killed in the Fort Farley

19   shootout (Book p. 308).  *See* Response No. 26 *infra*.

20   In contrast, Wilee and Vanessa are at all times *bike* messengers.  Because they are both bike

21   messengers, Vanessa is able to call in "the cavalry" of their bike messenger colleagues to save

22   Wilee in the end (Picture at 01:17:41).  The danger to Vanessa in the referenced scene is injury from

23   falling off her bike (Picture at 00:54:50), which is always a danger given that she is a bike

24   messenger and is unrelated to her helping Wilee.

> ### B.   Remaining Allegations

26   All that remains – a "love interest" "messenger" who "helps" the protagonist and "increases

27   the danger to herself" – are unprotectably generic descriptions that flow naturally from the shared

28   (and also unprotectable) premise of a courier making deliveries in an urban setting.

CALDWELL LESLIE & PROCTOR

-23-                                          CV 11-03773 RS

DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**11.** **Plaintiff's Alleged Similarities Regarding "[Chet/Wilee] Breaks The Rules, Opens The Package And Finds A Coded Message, Which Begins To Expose The Antagonists' Motive" (Exh. A, pp. 11-13)**

*A.* *Inaccuracies/Mischaracterizations/Lack of Support*

- *"Coded Message"*: This is no parallel between the numerous encrypted computer disks containing insider trading tips used to make money by the sprawling criminal conspiracy in the Book (Book p. 173) and the single hawala ticket that *is* money in the Picture (Picture at 00:41:11 (Mr. Leung: "'This ticket now is money. For whoever holds it.'")).

- *"Criminal activity ... operates by passing a code by courier from a patrician black market banker, to the delivery service, then to Chinese [figures], to avoid a paper or electronic trail"*: Plaintiff misstates the Picture. The hawaladar is not engaged in criminal activity, as hawala systems are simply alternative means of transferring money and are not illegal. *See* Response No. 24 *infra*. Nor does Mr. Leung operate as a matter of practice by transferring hawala tickets by courier; he only suggests that "someone else" (without specifying Wilee or any courier) deliver the ticket instead of Nima when he learns that she told a friend about the money (Picture at 00:41:47 - 00:42:26). There is no evidence in the Picture that the hawala system regularly has urgent deliveries, uses couriers, or operates to avoid a paper or electronic trail. That is Plaintiff's subjective attempt to manufacture a similarity to the Book, where couriers (and particularly ones who are faster than regular bike messengers) are critical to delivering insider-trading tips downhill throughout the city on a daily basis. The use of numerous couriers to deliver daily instructions for small stock transactions are used to specifically avoid the scrutiny of the SEC (Book p. 174 (noting that SEC "concentrates on the big ones" and "doesn't have the resources to pursue" the smaller trades made by the small-business owners in the sprawling criminal conspiracy)).

- *"Despite his high intelligence, [the protagonist] cannot figure out what the code means"*: In actuality, Chet and his friends are suspicious of his deliveries early in

DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1   the Book (Book p. 49 (Denny: "'The stock market!  Levy and Mel must be trading

2   information on stock deals like that WordCom thing!'")), and Chet *does* later figure

3   out the code and the contents of the disks by using his hacking skills in the Book

4   (Book pp. 173-74 (Chet:  "To keep myself busy, I hack my way onto Mel's hard

5   drive and steal his encryption keys.")).  In contrast, Wilee must be told by Nima that

6   the package is needed to bring her son to the country (Picture at 00:49:25 -

7   00:49:57).

8   •   *"[Protagonist] is concerned that he is delivering drugs"*:   In the Book, Chet never

9   thinks he is carrying drugs; his friends suggest that he is being used as a pawn in a

10   financial scheme.  *See* Response No. 6 *supra*.  And in the Picture, at no point does

11   Wilee discover that he is "being used in financial and immigration crimes," only that

12   he is helping Nima bring her son to the country, which she specifically tells him she

13   is legally permitted to do (Picture at 00:49:25 - 00:50:21), and he decides to try to

14   make the delivery and help her.

15   **B.     Actual Depiction**

16   Plaintiff's attempt to conflate the "secret packages" in the two works results in an inaccurate

17   description of their respective plots.  In the Book, the fact that the computer disks are encrypted is

18   important because it takes advantage of Chet's unique hacking skills to break in and eventually

19   uncover the complex insider-trading conspiracy (Book pp. 173-74).  The Picture, on the other hand,

20   does not involve any investigation into the hawala system and is simply a "task" story requiring

21   delivery of the hawala ticket.  *See* Rose Decl. ¶¶ 14, 38.

22   **C.     Remaining Allegations**

23   All that remains are highly abstract characterizations by Plaintiff:  "urgent delivery,"

24   "criminal activity" involving "bankers," "violent Chinese gangsters" (though none of the Chinese

25   figures in the Picture are violent towards or even interact with Wilee), "good cops and bad cops,"

26   "nobody knows who anybody else is," "intermediary/courier" who "opens the package," "delivery

27   is time-sensitive because the information must arrive in time for acts to be taken."  Such generic

28   elements are *scenes a faire* that flow naturally from the shared premise of a story involving a

CALDWELL
LESLIE &
PROCTOR
-25-                                   CV 11-03773 RS
DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1   courier delivering a secret package. *See* Response No. 25 *infra* (describing the trope of "Courier …

2   delivering messages through cities and towns on foot or other single-person conveyance … with

3   some level of danger involved [from] the package they're delivering…. [T]here will usually be a

4   tight deadline the parcel must be delivered by, forcing the Courier to bust their hump getting it there

5   on time.").

6   **12.**    **Plaintiff's Alleged Similarities Regarding "The Mysterious Role Of The ["Dr. Chen"/"Sister Chen"] Character Is Explored" (Exh. A, p. 13)**

7

8      ***A.***    ***Inaccuracies/Mischaracterizations/Lack of Support***

9    •   *"[D]eliveries to the mysterious [Dr. Chen/Sister Chen] fit into a financial scheme,*

10       *whose precise nature remains unclear"*:  As noted in various responses, there is no

11       similarity between the packages (Response No. 11), the Chens (Response No. 4), or

12       the alleged schemes in the two works (Response Nos. 11, 16).  Sister Chen's role is

13       never "explored" in the Picture, as her limited function is clear:  she is the snakehead

14       who only appears at the end of the Picture to accept the hawala ticket from Wilee

15       and make a phone call so that Nima's son can come to the country.  *See* Response

16       No. 4 *infra*.  There is absolutely no exploration into Sister Chen and no explanation

17       given to (or asked by) Wilee.  In contrast, much of the Book centers on Chet's

18       investigation into the sprawling insider trading conspiracy that includes John Chen

19       (*see, e.g.*, Book pp. 172-176 (Chet decoding disks), 277-87 (Chet and Denny hacking

20       to discover extent of criminal scheme)).

21      ***B.***    ***Remaining Allegations***

22      Although Plaintiff attempts to claim abstract similarities in "deliveries" involving

23   "mysterious" characters named "Chen," such elements are unprotectably generic and *scenes a faire*

24   that flow naturally from the shared (and also unprotectable) premise of a courier making deliveries

25   in an urban setting.

26

27

28

CALDWELL
LESLIE &
PROCTOR

-26-            CV 11-03773 RS
DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**13.    Plaintiff's Alleged Similarities Regarding "Love Interest Expresses Fear That Protagonist Will Get Killed" (Exh. A, p. 13)**

### A.    Actual Depiction

Ho expresses concerns about Chet's various addictions throughout the Book.  In the referenced scene, Ho is worried about Chet's plan to "hack into the banks" to investigate the insider trading conspiracy (Book p. 177).  She *angrily* responds that Chet's addiction to *hacking* will result in *breaking more laws* and *making more enemies*: "'Chet, I don't know if I want you returning to your hacker skills.  We've broken so many laws already!  We're illegally bugging phone lines!  We're using jury-rigged gizmos that were confiscated from hacker outlaws!  Now you're going to become a computer thief again! ….First you get the mafia after you, and then you intentionally commit every crime in the book to make *damn sure* the cops will be against you!  And now you're going to put the FCIC on your trail, too!  Every powerful entity in this city wants you dead, and the more you find out, the worse it gets!'" (Book p. 177 (emphasis in original)).  In contrast, the referenced scene in the Picture is a flashback to a flirty conversation in a bar when Wilee and Vanessa first meet (Picture at 01:03:04), and Vanessa smiles and asks generally, "Aren't you afraid of dying?"  Wilee does not "override" Vanessa (with whom he's flirting) but responds that riding without brakes is actually *safer*.  *See* Response No. 25 *infra*.

### B.    Remaining Allegations

All that remains is the highly abstract allegation that both scenes involve a "love interest" who expresses concern for the safety of the protagonist, which is not protectable.

**14.    Plaintiff's Alleged Similarities Regarding "Second Chase With Protagonist and Love Interest" (Exh. A, p. 13)**

### A.    Actual Depiction

A description of the actual sequence of events demonstrates how much detail Plaintiff has stripped away to manufacture a similarity between the two works.  The referenced chase in the Book occurs after the antagonists discover that Mel's new skateboarding messenger (Ho) is a spy and is in cahoots with the protagonist they are trying to kill (Chet) (Book p. 186 (Ho: "'Chet! They're onto us!  They even know who *I* am!  They've come back here to kill you!'")).  John Chen's gangsters surround the apartment building where Chet and Ho have been living temporarily,

1 and their improbable escape from their deadly pursuers involves sliding down a "laundry chute"

2 (Book p. 187), going through "a three-foot deep cement drainage trench" (Book p. 188), and

3 running through the city sewers (Book p. 189). None of the protagonists or antagonists rides a bike

4 in this (or any) chase scene in the Book.

5      In contrast, the referenced chase in the Picture involves the bike cop chasing Wilee, who is

6 chasing Manny, all three of whom are on bikes on city streets (Picture at 01:00:14). Vanessa is not

7 part of this chase and, instead, bikes out of nowhere to snatch Manny's messenger bag containing

8 Nima's package (Picture at 01:01:00). Then Wilee and Vanessa bike away laughing (COL197 Reel

9 4AB, Scene 251 ("WILEE:  'Look at (chuckling) you.'  VANESSA: (chuckles)"); Picture at

10 01:01:04). Wilee and Vanessa inadvertently ride into a dead-end alley, but use the opportunity to

11 hide Nima's package inside the handlebar of Wilee's bike without being seen. Wilee and Vanessa

12 then bike out of the dead-end alley (Picture at 01:02:00) and Wilee permits Monday to grab his

13 messenger bag (which no longer has the hawala ticket) as he bikes away. No one is trying to kill

14 Wilee or Vanessa, and there are no laundry chutes, drainage trenches, or city sewers in this (or any)

15 chase scene in the Picture.

16      **B.**    ***Remaining Allegations***

17      Plaintiff's effort to strip away any protectable expression in these two sequences results in a

18 highly generic comparison of two "chases throughout the city" where protagonists "become trapped

19 and maneuver themselves to freedom."[3] Not only is Plaintiff's comparison unprotectably abstract,

20 it is *scenes a faire* that flows naturally from the shared (and also unprotectable) premise of a courier

21 making deliveries of value in an urban setting.

22

23

24

25

26 _____

27 [3] Notably, Plaintiff's allegations about "chase scenes" now omit the most detailed allegations from his complaint (*see* Fifth Amended Complaint ¶¶ 130-136), which relied almost exclusively on chase and struggle scenes in the Healy and Hefter Screenplays and not in his work.

28

**15.     Plaintiff's Alleged Similarities Regarding "Key Character Accesses Secret Cash Stash Hidden in Apartment, During A Roommate Quarrel" (Exh. A, p. 14)**

### A.     Actual Depiction

This is an example of Plaintiff stringing together unconnected details to "mischaracteriz[e] the events to make the works appear more similar" than they are. *Bernal*, 788 F.Supp.2d at 1063. In the referenced scene in the Book, Denny is already "feel[ing] taken advantage of" when Chet asks him for access to Pac Bell's tracing systems (Book pp. 216-17). Denny is also concerned about himself (Book p. 217 ("[h]e knows if he lends this to [Chet], he implicates himself")). The fact that Chet *leaves $500* "under the sand of [his] snake cage" is completely irrelevant to his fight with Denny. In the Picture, on the other hand, Nima and Vanessa are not fighting (Picture at 00:38:15-00:39:15). Rather, Vanessa expresses concern about Nima after seeing her *take out $50,000* from a lockbox and put it in her backpack (Picture at 00:38:50 (Vanessa: "'Are you goin' out with that? 'Cause this is New York City, you can't walk around with all that money.'")). This cash is very relevant because it gets taken in the very next scene to buy the hawala ticket that drives the story (Picture at 00:39:16).

### B.     Remaining Allegations

The only relevant commonality in these two scenes – a "secret cash stash" – is a common plot device and not protectable. *See generally* TV Tropes, "Cold Cash," *http://tvtropes.org/pmwiki/pmwiki.php/Main/ColdCash* (giving examples of the plot device of people using places in their home to store valuables, usually cash).

**16.     Plaintiff's Alleged Similarities Regarding "All Of The Criminal Participants Need To Get [Chet/Wilee]" (Exh. A, pp. 14-15)**

### A.     Inaccuracies/Mischaracterizations/Lack of Support

- *"An intermediary between the bankers and [persons] who will profit … illegally"*: While Mel is one of the main antagonists in the Book and the hub of the sprawling insider trading conspiracy at the heart of the Book (which involves insider stock trading, *see* Response No. 29 *infra*), Sister Chen is not an antagonist in the Picture but a minor character who appears at the very end of the story to arrange for Nima's son to come to the country (and who is paid via the alternative but legal hawala

DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

money transfer system).  *See* Response Nos. 4 *supra*, 28, 29, 34 *infra*.  And as noted above, this is another example where Plaintiff attempts to compare a single character from one work (here, Mel in the Book) to multiple, different characters in the other work (at various times to Monday, Nima, and Raj from the Picture).  *See* Response No. 4 *supra*; *Litchfield*, 736 F.2d at 1356.

- *"The stakes are raised as all of the Asian and Caucasian criminal … antagonists"*: While there are multiple antagonists in the Book, the Picture has only one antagonist: Bobby Monday.  The two separate Chinese factions never antagonize or even have contact with Wilee, and Monday is the only one chasing Wilee for the ticket.  *See* Response No. 22, 28 *infra*.  And as noted above, this is another example where Plaintiff attempts to compare a single character from one work (here, the Asian antagonist John Chen in the Book) to multiple, different characters in the other work (at various points to Sister Chen, Monday, the bike cop, Mr. Leung, and the unnamed Chinese faction running the gambling dens in the Picture).  *See* Response No. 4; *Litchfield*, 736 F.2d at 1356.

- *"Some want to kill Wilee"*:  Plaintiff misstates the motives of the different antagonists in the works.  In the Book, the various antagonists really do want to kill Chet because he knows too much about their conspiracy (Book p. 261 (Chet: "'I know what I represent to you.  The fact is, nobody—not Chen, not the Italians, not you—can feel secure until the knowledge is annihilated.  If I were you, I would have one goal in mind:  kill Ho Pixie and Chet Griffin.'")).  In the Picture, however, only one person is looking for Wilee (Monday) and what that person really wants is the hawala ticket in Wilee's possession (COL223, Reel 5AB, Scenes 3-5, Picture at 01:08:42 (Monday:  "'(emphasizing) Do you know where the ticket is?  Will you give it to me?'")).  Monday's threat to kill Wilee is only to get him to give over the ticket.

CALDWELL
LESLIE &
PROCTOR

-30-                                                                    CV 11-03773 RS
DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**B.     Remaining Allegations**

All that remains are highly abstract characterizations by Plaintiff: protagonists who are "chased throughout the city" for some valuable item by "antagonists" who "need/want to get/kill" the protagonist. Not only are these ideas unprotectably generic, they are also *scenes a faire* that flow naturally from the shared (and also unprotectable) premise of a courier delivering a package of value to others. *See* Response No. 25 *infra*.

**17.     Plaintiff's Alleged Similarities Regarding "Antagonists Take A Hostage As Leverage With [Chet/Wilee]" (Exh. A, p. 15)**

**A.     Inaccuracies/Mischaracterizations/Lack of Support**

- *"[Chinese gangsters/bad cop] seize [Ho/bike] and take it to a warehouse"*: This grossly misstates the Picture, in which *the bike cop* (*not* the bad cop Monday *nor* any of the Chinese figures) orders that Wilee's bike be impounded after Wilee is in an accident (Picture at 01:06:28-01:06:45). Monday in no way takes the bike "hostage" and even has to ask, when Wilee offers the hawala ticket in exchange for his bike, "How do we make that happen?" (Picture at 01:08:50 - 01:09:12). In addition, Monday never pretends to be working to bring bad people to justice in this scene. And when Wilee explains that the hawala ticket is for Nima's son, Monday is focused on his own "real problems" and could not care less about doing the right thing (Picture at 01:06:50 - 01:07:17). Nor is there any similarity between the inanimate bike being taken to an impound lot in the Picture and the real life hostage in the Book (Ho) being taken hostage, threatened with rape, and shot at during the Fort Farley showdown. *See* Response Nos. 18, 20, 41 *infra*. Finally, as noted above, this is another example where Plaintiff attempts to compare a single character from one work (here, the Asian antagonist John Chen in the Book) to multiple, different characters in the other work (at various points to Sister Chen, Monday, the bike cop, Mr. Leung, and the unnamed Chinese faction running the gambling dens in the Picture). *See* Response No. 4; *Litchfield*, 736 F.2d at 1356.

B.     *Remaining Allegations*

At a very high level, both scenes involve an "exchange" of a valuable object between the protagonist and an antagonist, but such an abstract similarity is not protectable.  The exchange of something valuable is also *scene a faire* that flows naturally from the shared (and also unprotectable) premise of a courier who has a valuable delivery that other people want.

**18.     Plaintiff's Alleged Similarities Regarding "An Exchange Is Arranged At A Warehouse" (Exh. A, pp. 15-16)**

A.     *Inaccuracies/Mischaracterizations/Lack of Support*

- *Exchange at warehouse by the water*:  There is no similarity between the real life hostage taken to an "[a]bandoned military base, out in the open" (Book p. 290) in the Book and the impounded bike at the impound lot filled with police and vehicles in the Picture.  *See* Response Nos. 20, 41 *infra*.  And even Plaintiff's own description makes clear the differences between Chet's collection of evidence against the sprawling criminal conspiracy in the Book (*see* Response No. 16 *supra*) and the hawala ticket that has independent monetary value in the Picture (*see* Response No. 11 *supra*).

B.     *Remaining Allegations*

The abstract idea of an "exchange" is not protectable.  *See* Response No. 17 *supra*.

**19.     Plaintiff's Alleged Similarities Regarding "[Chet/Vanessa] Arranges For A Swarm At The Warehouse" (Exh. A, p. 16)**

A.     *Inaccuracies/Mischaracterizations/Lack of Support*

- *"At the Warehouse"*:  Neither "swarm" takes place at a warehouse.  In the Book, the described swarm takes place at Fort Farley, an "[a]bandoned military base, out in the open" (Book p. 290) that is the scene of a massive gun battle between the police and various groups of gangsters, where the skateboarders risk their lives to assist Ho, all with the media present (Book pp. 298-309).  In the Picture, the described scene is in Chinatown on the street with nobody around except Monday, no risk to the other bike messengers, and no significant violence until after the messengers and Wilee

DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

leave and a single shot is fired, killing the antagonist Monday (Picture at 01:20:24 - 01:22:26).

- *"Staccato series of calls secures ... swarm"*:  In the Book, a swarm of *skateboarders* surround and protect one of the *protagonists,* Ho (Book p. 309 ("the skate rats [] charge forward en masse, a tight phalanx of draft dodgers beneath the overhead hurl of bullets.  They gather around Ho and Wily in a big bunch.")).  In the Picture, a swarm of Wilee's *bike messenger friends* arrives to surround and hit the *antagonist* Monday (Picture at 01:20:24 - 01:21:05).  And only one call in the Book goes to the skateboarders (Book p. 294) (with the other calls going to entice various antagonists, law enforcement, and media to Fort Farley) whereas the entire series of calls in the Picture depicts bike messengers calling each other to coordinate the flash mob (Picture at 01:17:45).

### B.    Remaining Allegations

Although both scenes could be reduced to the abstract idea of calling in "the cavalry"/help, such a common trope is unprotectable.  *See* Rose Decl. ¶ 64; *see also* TV Tropes, "The Cavalry," *http://tvtropes.org/pmwiki/ pmwiki.php/Main/TheCavalry* (giving examples in popular works of the trope "It's The Cavalry, riding in to save the day!  Maybe they're some minor characters who've banded together to mount a rescue … but ultimately they exist to storm in at the last minute, save the heroes and convert a Downer Ending into an out-and-out win for the good guys.").

### 20.    Plaintiff's Alleged Similarities Regarding "[Chet/Wilee] Arrives At Warehouse To Face-Off Antagonists And Is Moved Closer To Recovering The Hostage" (Exh. A, pp. 16-17)

### A.    Inaccuracies/Mischaracterizations/Lack of Support

- *Arrives at warehouse where hostage is detained.*:  There is no similarity between the "abandoned military base" in the Book and the impound lot filled with police and vehicles in the Picture.  *See* Response Nos. 18 *supra*, 41 *infra*.  Moreover, there is obviously no comparison between the real life person (Ho) taken hostage by the antagonists (John Chen's drug ring) and threatened with a "gang-raping" (Book p.

CALDWELL
LESLIE &
PROCTOR

-33-                                          CV 11-03773 RS
DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

289) in the Book and the inanimate bike impounded not by the antagonist (Monday) but by regular cops following a traffic accident. *See* Response Nos. 17, 18 *supra*.

- "*Scene escalates ... chase ensues*":  Even Plaintiff's own descriptions of these sequences make clear that they are entirely dissimilar.  In the Book, the gunshot barely misses Ho, starts the massive Fort Farley shootout that resulted in "thirty thousand bullets fired... four dead, and ten wounded" (Book p. 344), and continues with two vans and Denny's wheelchair racing through an abandoned tunnel (Book p. 316 ("The wheelchair explodes forward, nearly pulling me and Ho's shoulders out of our sockets.  We are followed by a spitting, grinding robot, the Bronco and the husk of the Spitmobile, pursuing in an unholy union.")).  In the Picture, while Monday is looking for the hawala ticket in Manny's bag, Wilee and Vanessa retrieve the hawala ticket from the handlebar of Wilee's bike, and bike over cars and metal beams to escape the cops on foot (Picture at 01:12:18 - 01:15:26)

### B.     Remaining Allegations

Plaintiff's attempt to blur these glaring differences reduces both sequences to generic scenes involving "hostages" of some kind (though one is a person and the other a bike) where the "scene escalates" and "chase ensues."  Not only are these unprotectably abstract, they are *scenes a faire* that flow naturally from the shared (and also unprotectable) premise of a chase scene.

**21.    Plaintiff's Alleged Similarities Regarding "[Chet And Ho/Wilee] Are Caught And Menaced By [Their/His] Antagonist[s], But Prevail[s]" (Exh. A, pp. 17-18)**

### A.     Inaccuracies/Mischaracterizations/Lack of Support

- "*Skateboard messenger*":  It is patently false to claim that any "skateboard messenger" participates in the bike swarm at the end of the Picture (COL257, Reel 5AB, Scene 215 ("THE LARGE GROUP OF MESSENGERS ARRIVE AND *BIKE* FG [Foreground]"); Picture at 01:20:38).]

- "*Monday 'about to kill' Wilee*":  Monday indicates only that he is willing to kill Wilee if Wilee will not give him the hawala ticket, again making clear that Monday is after the ticket, not Wilee. *See* Response No. 16 *supra*.  By contrast, both Spock

CALDWELL
LESLIE &
PROCTOR

-34-                                    CV 11-03773 RS
DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1    and Data want only to kill Chet because of the knowledge he has of the insider

2    trading scheme (Book p. 97 (Spock: "'Well, looks like we'll just have to waste

3    them.'"), 331 (Spock "laughs again.  Not a joyous laugh.  Just one snort.  His eyes

4    are dead.  He looks like a suburban boy dismembering a beetle.")).

5    **B.**     *Actual Depiction*

6        There is no similarity between Chet's physical struggle to the death with Spock and Data in

7    the Book and the final confrontation in the Picture.  In the Book, Chet gruesomely kills Spock with

8    his bare hands (Book p. 322 ("Losing control to a manic side of myself I never knew existed, I lift

9    his head and smash it down onto the concrete.  I do it again and again and again, like a jackhammer.

10   Even after the blood is streaming out his ears and nose and I feel his skull break like a cantaloupe in

11   my hands, I cannot stop.  I keep hurling it down until it stops going crack! crack! crack! and just

12   goes mush, mush, mush.  I keep slamming until I am certain every speck of his brain is pureed….

13   My hands are sticky with blood and brain fluid….  *Who would do such a horrible thing to a human*

14   *being*?" (emphasis in original))).  Later in Denny's apartment, Ho kicks Data into the cage of Chet's

15   boa constrictor (Book pp. 331-32 ("Ho is leaping through the air, one leg snapping forward like a

16   lead pipe shot from a crossbow.  The ball of her heel interfaces with the center of Data's face.  His

17   nose pops and explodes like a raspberry hit with a hammer.  He topples backwards and crashes

18   down on my very expensive boa cage.  Glass shatters into the air, and a green tentacle envelops

19   Data's torso-sized neck with terrifying efficacy….  Data thrashes horribly….  We don't help him.

20   For five long minutes.")).  Neither of these killings occur during the skateboard swarm scene at Fort

21   Farley.

22       The final confrontation with Monday in the Picture has no similarity to the Book's events.

23   In the Picture, Monday threatens Wilee if Wilee will not give him the ticket, but has no physical

24   altercation with Wilee.  *See* Response No. 16 *supra*.  Instead, a swarm of bike messenger friends

25   comes to Wilee's request.  After Wilee, Vanessa and the bike messenger group have safely left the

26   immediate area, Monday is  killed, not by Wilee's bare hands or a snake, but Sudoku Man's single

27   shot to the head.  *See* Response No. 19 *supra*.

28

CALDWELL
LESLIE &
PROCTOR

-35-                                     CV 11-03773 RS
DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

### C.    *Remaining Allegations*

All that remains is the highly abstract (and unprotectable) idea of protagonists being "caught," "menaced," and "prevailing" over antagonists.

## 22.    Plaintiff's Alleged Similarities Regarding "The Antagonists Fight Among Themselves" (Exh. A, p. 18)

### A.    *Inaccuracies/Mischaracterizations/Lack of Support*

- *"The antagonists begin in-fighting"*:  The Book contains *numerous* antagonists as noted by Plaintiff, all of whom hunt and try to kill the protagonist (Chet) and his friends throughout the Book.  The Picture, however, has *one* antagonist (Monday) who chases the protagonist (Wilee) and his friends through the Picture.  The Chinese faction that runs the gambling dens and the Chinese faction that facilitates the hawala system *never* antagonize or even have contact with Wilee.  Instead, they pursue the antagonist (Monday).  *See* Response Nos. 28, 30 *infra*.

### B.    *Remaining Allegations*

None.

## 23.    Plaintiff's Alleged Similarities Regarding "[Chen/Monday] Is Killed By His Own Gangster Affiliates" (Exh. A, p. 18)

### A.    *Inaccuracies/Mischaracterizations/Lack of Support*

- *"[Chen/Monday] killed by the gangsters he associates with"*:  This flatly misstates both works.  In the Book, Chen is himself a gangster, is the leader of the drug ring, but is killed and replaced by "someone else [who] runs his operation now" (Book pp. 345-46).  In the Picture, Monday is *not* a gangster but rather a customer and debtor of the Chinese faction that runs the gambling dens he frequents.  Further, Monday is *not* killed by that faction:  he is killed by Sudoku Man (Picture at 01:21:45), who is an enforcer of the *separate hawala faction* with whom Monday has no prior association whatsoever (Picture at 00:41:20 - 00:41:33).  *See* Response No. 28 *infra*.

### B.    *Remaining Allegations*

None.

**24.** **Plaintiff's Alleged Similarities Regarding "Substitution of "Human Trafficking"/Hawala For The "Hacker"/Securities Fraud Aspects" (Exh. A, p. 19)**

    *A.*    *Inaccuracies/Mischaracterizations/Lack of Support*

- *"Subject was a pervasive concern" that is "a federal crime"*:  Computer hacking and insider trading are no more similar to immigration than they are to other subjects of pervasive concern like income disparity, global warming, or genocide.  Obviously, Plaintiff has no copyright on the meta-concept of "subjects of pervasive concern" or "federal crimes."  Nor is there any real similarity between the criminality of hacking and insider trading in the Book and the subject of hawala/immigration in the Picture.  In the Book, Chet already has a criminal record for computer hacking and is threatened with prosecution by real government agents from the Federal Computer Investigations Committee (Book pp. 338-39).  *See* Response No. 25 *infra*.  Insider trading is obviously a criminal offense, and in the Book it is the subject of great interest from law enforcement and eventually results in criminal prosecutions (Book pp. 342-46).  In the referenced scene in the Picture, however, Bobby Monday is trying to obtain the hawala ticket using a *fake* identity and *false* pretenses (Picture at 00:45:32 - 00:46:13 (Nima:  "'I'm not illegal.... I have a student visa.... I don't understand … [w]hy someone who says he's an IRS agent has a New York City police detective's badge.'")).  Monday is not an IRS agent as he claims in the quoted language, as Nima immediately figures out, and his statements about violating banking regulations were simply part of his lies aimed at obtaining the ticket.  Nima later explains to Chet that bringing her son to the country "is not illegal.  He can travel on my visa.  But then an article I wrote about Tibet a long time ago was posted on the internet.  For the past years they have not let him leave China" (Picture at 00:49:25 - 00:50:21).  Finally, hawala functions as an alternative money transfer system that is not illegal in the Picture or in fact.  *See* http://en.wikipedia.org/wiki/Hawala (noting that hawala "is legal in all US and world jurisdictions" and continues to be "a legal and effective system in many countries

CALDWELL
LESLIE &
PROCTOR

-37-

CV 11-03773 RS
DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

across the globe"). There is simply no indication in the Picture that anything related to the Hawala/immigration plot is actually illegal or the subject of any legitimate law enforcement interest.

### B.   *Remaining Allegations*

None.

## CHARACTER SIMILARITIES

**25.**   **Plaintiff's Alleged Similarities Regarding "The Male Protagonist's Combination Of Traits and Plot Function [Chet/Wilee]" (Exh. A, pp. 20-23)**

### A.   *Inaccuracies/Mischaracterizations/Lack of Support*

- *"A character filled with internal contradictions"*:  Plaintiff's interpretation is not only highly subjective, it is inaccurate as to Wilee in the Picture, who is carefree, not driven by angst, and is content with his choice to be a bike messenger throughout the story (Picture at 00:13:41 (Wilee to Vanessa:  "'We get paid to ride.  What could be better than that?'"), 01:24:01 (Wilee:  "I'll still take Sixth Avenue at rush hour over an office with a view…. Can't stop.  Don't want to, either.'")).  Chet, on the other hand, frequently complains about how little he is paid and how poor he is in the Book (Book p. 2 (Chet:  "we thrash it out paycheck to paycheck on the edge of starvation"), 51 (Chet:  "'I hate this…  Every time something comes along that makes good money, it's illegal or immoral or something.  Everybody wants to live a straight life, but sometimes you just can't afford it.'"), 354 (Chet:  "'I'm bored, broke, friendless.'")).

- *"Male who should not be a messenger by societal norms … He is educated enough to get a steady, well-paying job but has chosen to be a courier"*:  In the Book, Chet is desperately poor and willing to risk his life making Mel's deliveries to "MAKE RENT" (Book p. 3; *see also* Book p. 2).  And contrary to Plaintiff's assertion, Chet can *not* easily find another job (Book p. 92 ("See, this is the trouble with never having more than two hundred bucks in your bank account and living on potatoes and beans.  I can't temp because it takes a month to go through the red tape program

before they get you a six-dollar-an-hour job.  I can't switch to bike messengering, because I need about five hundred bucks to get a decent bike.  If you live paycheck to paycheck, and you get laid off, you're cast instantly into the abyss.")).  As noted in Plaintiff's comparison, Chet was a "juvenile delinquent" and a convicted felon. Plaintiff's statement that Chet has a "professional background" is simply not accurate.  In contrast, there is no evidence in the Picture that Wilee is poor, and he clearly could have employment with a far greater income if he so chose.  Vanessa tells him that, because of his law degree, "you could have any job you want" (Picture at 00:13:26).  *See also* Rose Decl. ¶ 79 (discussing how Chet has common college degree whereas Wilee has law degree but simply chooses to be a bike messenger).

- *"Lone-wolf/peter pan/daredevil type" and "outsider" to "brotherhood"*:  Chet is despised by other messengers in the Picture because of his distinctive rollerblades (Book p. 2 (Chet:  "All my mohawked coworkers snicker at me…."), 4 (Chet: "Behind me is a small wake of bicycle couriers, sniveling like rats.  They pelt me with caterwauls.")), and his alienation is only exacerbated when he is accused of killing one of the bike messengers (Book p. 141 (Chet:  "'Friends?'  My courier friends hate rollerfags, especially now that the TV is saying I killed Spider.'")).  In sharp contrast, Wilee is well-liked by his peers in the Picture (COL208-210, Reel 4AB, Scenes 322-333 (when Wilee wins Fifth Annual New York Bike Messenger Association Alleycat Race, "THE CROWD ERUPTS INTO CELEBRATION AS [WILEE] HOLDS IT UP" and woman cries out "Wilee!  That's my boy, right there! All right..."); Picture at 01:04:22 - 01:04:56).  In fact, his fellow bike messengers come to his rescue at the end of the Picture (Picture at 01:20:29).

- *"[Protagonist] too good and true and ultimately heroic to be a real outlaw"*:  Wilee, who has a law degree, is not an outlaw in any sense in the Picture.  Chet, on the other hand, starts the Book with criminal convictions for "Phone Fraud, Reckless Misuse of Advanced Technology, Theft of Intellectual Property, Conspiracy to Commit Terrorism" (Book p. 25) and finishes being accused of "'[h]ome burglary, breaking

CALDWELL
LESLIE &
PROCTOR

-39-                                                    CV 11-03773 RS
DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1    and entering police property, tampering with evidence, hijacking a bus and

2    kidnapping fifteen citizens, vandalism, conspiracy, phone fraud, almost every

3    conceivable electronic crime-and possibly murder'" (Book p. 339).

4    •    *"[Protagonist] is so addicted to the rush of physical danger (and specifically

5    possible death) that he chooses to be a low-paid messenger" and "may be crazy"*:

6    As noted above, Wilee in the Picture has much more choice in career than Chet in

7    the Book.  Furthermore, there is no similarity in terms of addiction.  In the Book,

8    Chet engages in numerous risky and self-destructive behaviors to satisfy his various

9    addictions.  He already has a criminal record due to his addiction to computer

10   hacking (Book p. 132) and is willing to risk his life making Mel's deliveries because

11   of his "lust for the ultimate rush" (Book p. 11).  When Mel Corlini later turns on

12   Chet and the sprawling criminal conspiracy tries to hunt and kill him, Chet becomes

13   increasingly desperate and takes extreme risks, including violating several laws (*see,*

14   *e.g.*, Book pp. 177-78 (Ho says:  "'You spent the last of your money on this rat hole!

15   First you get the mafia after you, and then you intentionally commit every crime in

16   the book to make *damn sure* the cops will be against you! And now you're going to

17   put the FCIC on your trail, too! Every powerful entity in this city wants you dead,

18   and the more you find out, the worse it gets! …I know you!  I know all about your

19   addiction!  Once you plug in again, you won't be able to plug out!  Once you get a

20   taste, I'll lose you.'"); 339 (FCIC agent lists various laws broken by Chet)).  In

21   contrast, there is no evidence in the Picture that Wilee is comparably crazy or

22   financially desperate.  He even refuses to complete Nima's delivery after he "almost

23   got [his] ass killed three times" (Picture at 00:36:05), which shows that he is neither

24   desperate for money or unconcerned about risk.  Although Wilee rides without

25   brakes, he explains that he does so because it is *safer* (Picture at 01:04:02 ("The bike

26   wants to go fast.  It's steadier that way.  I've never been hurt going all out.  It's just

27   the-the hesitation that'll kill you.")), which Vanessa comes to understand later after

28   getting hurt using her brakes (COL171-172, 176, Reel 4AB, Scenes 67-75, 101

-40-                                    CV 11-03773 RS
DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1    ("VANESSA (HAND) REMOVES THE BRAKE FROM HER BIKE"); Picture at

2    00:53:41 - 00:53:52, 00:55:11).  These are important dissimilarities in the degree that

3    the generic traits alleged by Plaintiff are expressed by Chet and Wilee.  *See Idema*,

4    162 F.Supp.2d at 1186 (distinguishing one protagonist who is "at most a bit cocky

5    and brash, but displays none of what is described as [another protagonist's] 'loose

6    cannon' behavior, such as disobedience to his superiors, use of obscene language, or

7    other instances of a 'bad attitude'").

8    •    *"Protagonist has no one/family to care for him"*:  This mischaracterizes the

9         referenced scene in the Picture, where Monday is simply threatening Wilee.  The

10        Picture never suggests that Wilee has no family or friends and, in fact, he is saved by

11        his bike messenger friends at the end of the story.  By comparison, Chet has a

12        complicated family history involving his parents' death by toboggan and his

13        brother's drug addiction (*see* Book pp. 62-68 (chapter entitled "Psychobabble")) and

14        an antagonistic relationship with his fellow couriers.  *See* Rose Decl. ¶¶ 28, 78.

15   •    *"Author Joe Quirk went to law school"*:  There is no evidence that any of the

16        *characters* in the Book went to law school and, in any event, Plaintiff cannot hold a

17        copyright for factual information about his life.  *See Capcom*, 2008 WL 4661479,

18        at *6 (noting that "facts, historical events, or other information over which no party

19        is entitled to claim a monopoly" and elements borrowed "from the public domain"

20        are examples of unprotectable similarities).

21   **B.    Actual Depiction**

22       Plaintiff improperly attempts to conflate his protagonist in the Book – a dark, desperate,

23   addicted, and profane rollerblading and hacker anti-hero with a complex family background and

24   extensive criminal background – with the protagonist in the Picture – an upbeat and relatively clean-

25   cut bike messenger with no detailed backstory in a PG-13 action film.  *See* Rose Decl. ¶¶ 17, 22, 28,

26   77-79; *see also Capcom*, 2008 WL 4661479, at *8 (noting that "other elements of both characters

27   … reflect significant dissimilarity").

28

CALDWELL
LESLIE &
PROCTOR

-41-                                    CV 11-03773 RS
DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

## C. *Remaining Allegations*

Plaintiff has stripped all of the distinctive qualities of each protagonist until all that remains – "male protagonist," "low-paid messenger, " "lowly figure," "peter pan/daredevil types," "extraordinarily fit, agile and sexy, spirited, confident with his skills and distinct," "ultimately heroic," "libidinous," "face-to-face" with "danger," anti-authority but "sweet and vulnerable to his love interest," who "grabs onto" vehicles and "drafts" (which are not unique moves given that other messengers like Vanessa also use them, *see* Picture at 01:08:28, 01:10:00) – are too generic to be protectable.  More importantly, what remains is *scenes a faire* that flow naturally from the shared (and also unprotectable) premise of a courier making deliveries in an urban setting.  This stock character of a "courier" is even listed as a common trope in popular works on the website TV Tropes:

> A Courier is essentially a mercantile mailman/woman, delivering messages through cities and towns on foot or other single-person conveyance.  In fiction this often comes with some level of danger involved, either from the environment the Courier crosses, the package they're delivering, people who may be after the package they're delivering, or simply through the Courier's own recklessness.  Even if there's not an element of danger, there will usually be a tight deadline the parcel must be delivered by, forcing the Courier to bust their hump getting it there on time.  Le Parkour or other fancy tricks may be employed to get safely from Point A to Point B (the words parkour and courier both derive from the French for "to run").  Since it's a romantic spy type of job that still allows cynicism with money, combined with the fact that it's an easy way to bring characters to new places or into contact with interesting people, it's ripe for protagonist-hood, but this is not always the case.

*http://tvtropes.org/pmwiki/pmwiki.php/Main/Courier* (listing the entire "Transporter" franchise, "Premium Rush", and William Gibson's "Virtual Light" as examples of work with a courier). Plaintiff has no more copyright in this stereotype than did the author of "Virtual Light" or the makers of the bike messenger movie "Quicksilver", both works that predated Plaintiff's work and which have far more in common with Plaintiff's work than the Picture does.  *See* Rose Decl. ¶¶ 11, 12.

## 26. Plaintiff's Alleged Similarities Regarding "Female Love Interest's Combination of Traits and Plot Function [Ho/Vanessa]" (Exh. A, pp. 23-26)

### A. *Inaccuracies/Mischaracterizations/Lack of Support*

- *"The relationship between [the protagonist] and his love interest [] evolves from a tense start – it's not clear they have a live intimate relationship"*:  This flatly

misstates the Book, where it is immediately clear from the referenced scene that Ho

is not romantically involved with Chet since she just broke up with her female

partner Megan (Book p. 20).  Nor has she ever been romantically involved with

Chet, since he believed her to be a lesbian (Book p. 53 (Chet:  "'But I thought it was

all with [women]!'")).  It also misstates the Picture, where it is clear that Wilee and

Vanessa have an intimate relationship but that Vanessa is upset with Wilee (Picture

at 00:06:27 - 00:07:08 (Wilee noting that Vanessa's back just arched "[l]ike it always

does" when she wants him to kiss her)).

- *"She is comfortable with herself, in contrast to Wilee who is lost"*:  Plaintiff's

    interpretation of the Picture is not only subjective, it is wrong.  Wilee is not lost, is

    not driven by angst, and is happy with his choice to be a bike messenger.  *See*

    Response No. 25 *supra*.  If anyone is dissatisfied with their current life and career, it

    is Vanessa (Picture at 00:13:41 - 00:14:09 (Vanessa:  "'Do you know why I ride?

    Because I hate waiting tables. … Look, I know it took me eight years to get my

    degree, but I'm gonna get a decent job and sit behind a desk all day.  I don't need

    anyone in my life telling me that it's meaningless, 'cause it means something to

    me.'")).

- *"She skates like Chet (on a skateboard)"*:  In the Book, Ho does not skate like Chet

    and Ho's skateboard is not similar to Chet's rollerblades.  Chet himself explains the

    important differences (and animosity) between skateboarders and rollerbladers:  "I

    hold one particular prejudice close to [his] heart, and that is against skateboarders"

    because "[b]laders and thrashers hate each other.  Those damn plankers, heading into

    life sideways, instead of head-on like we cool rollerbladers do, they make me sick.

    They wear loose clothes; we wear tight clothes.  They can do acrobatics, but we can

    dance disco" (Book p. 43).  For her part, Ho makes fun of Chet's rollerblading (Book

    p. 42 ("'So when are we going to have the Great Street Olympics Clash of the plank

    and the sissywheels?'")).

CALDWELL
LESLIE &
PROCTOR

-43-                                                      CV 11-03773 RS
DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

- *"She longs for a steady income that she does not have, and would take such a job if one was available"*:  This mischaracterizes Ho in the Book, who quit a steady income job at a daycare center to pursue a riskier music career (Book p. 57) and who even declares that if someone offered her a powerful investment banking job, she'd "tell em to fuck off!" (Book p. 52).

- *"She had problems with her female roommate"*:  In the Book, Megan was Ho's lover and they broke up in part because of their different sex drives (Book p. 53 (Ho: "'Just between you and me, Chet, I want to do the nasty all the time.  It's the primary way I express love…. but Megan is ten years older than me, and she says she's had the exact same drive since puberty.'")).  In the Picture, Vanessa and Nima are platonic friends, and Nima simply asks Vanessa to move out because Nima needs room in her apartment for her son when he arrives (Picture at 00:38:15 - 00:38:40).

- *"She has shifting love partners"*:  Whereas the Book depicts Ho as a free-spirited person who has sex with both genders (Book p. 53 (Ho: "'I don't exclude people from my love based on gender, if that's what your bullshit category means.'")) with a high sex drive (Book p. 53), the Picture depicts Vanessa as romantically linked only to Wilee (Picture at 00:08:25 (Vanessa:  "'[C]an you forget about Manny?  He's just helping me move.'")).  Later, Vanessa even rebuffs Manny's advances (COL65, Reel 2AB, Scene 129 (after Manny kisses Vanessa, "VANESSA REACTS, PULLING AWAY.  VANESSA:  'Whoa. Yeah. No, Manny.'"); Picture at 00:20:41).

**B.    Actual Depiction**

The Book portrays the protagonist's love interest (Ho) as a free-spirited skateboarder, named after Ho Chi Minh by her flower-child mother, who is Caucasian, bisexual, has body piercings and blue hair, and plays bass guitar for a punk band.  She does not resemble the love interest in the Picture (Vanessa), who is a bike messenger who worked her way through school in the hopes of getting a stable desk job, is Latina, does not appear to have piercings or dyed hair, and is romantically linked only with Wilee.  *See* Rose Decl. ¶¶ 18, 23, 29.

CALDWELL
LESLIE &
PROCTOR

-44-

CV 11-03773 RS
DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1    Moreover, the two characters serve different purposes in the two works.  In the Book, Ho

2    does not start as a messenger and only volunteers to become a *skateboarding* messenger to help

3    Chet uncover the insider trading scheme, but eventually gets kidnapped and taken hostage by John

4    Chen.  In the Picture, Vanessa is a bike messenger who helps Wilee deliver the one package for

5    Nima (Vanessa's roommate) and helps call in "the cavalry" to save Wilee in the end.  In her more

6    limited role, Vanessa is never kidnapped, held hostage, or used as any sort of bargaining chip.  *See*

7    Response No. 10 *supra*; Rose Decl. ¶ 29.

8    As for Plaintiff's observation that both characters "jump[] in and take[] risks when [the

9    protagonist] needs help," Ho and Vanessa's different levels of risk highlight how much more

10   violent and dark the Book is than the Picture.  *See* Response No. 32 *infra*.  In the Book, Ho makes

11   the extremely risky decision to become a skateboarding messenger for Mel Corlini to obtain some

12   of the packages containing insider trading tips and to help uncover the sprawling criminal

13   conspiracy at the heart of the Book (Book pp. 141-42).  As a result, she gets kidnapped and held

14   hostage by John Chen – who threatens to "start gang-raping" her (Book p. 289) – and shot at during

15   the Fort Farley gunfight (Book p. 308 ("A rifle crack.  Ho's head explodes in tufts of blue.")).  In the

16   Picture, Vanessa simply helps Wilee obtain his bike and deliver the package, but faces no

17   comparable danger.  *See* Response No. 10 *supra*.

18   **C.    *Remaining Allegations***

19   The remaining alleged similarities between the two characters – "sexy" "highly-

20   independent" "love interest" with a good body and "macho aspects," who has an occasionally

21   "tense" relationship with the protagonist and "cautions" the protagonist but will "jump in" to "help"

22   and "chooses" the protagonist after some ambivalence – is at an unprotectably high level of

23   abstraction.  *See Rice*, 330 F.3d at 1175 ("characters are ordinarily not afforded copyright

24   protection" unless they are "especially distinctive.").  Tough, skillful, and attractive female

25   characters who generically assist male love interests are commonplace in popular works, especially

26   in genres aimed towards young males. *See, e.g.*, "The Matrix" (1999), "Lara Croft:  Tomb Raider"

27   (2001), "James Bond:  Tomorrow Never Dies" (1997).  And in the case of courier stories, the

28   involvement of the young fit female character in some deliveries is an unprotectable *scene a faire*

DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1  that flows naturally from the shared (and also unprotectable) premise of a courier making deliveries

2  in an urban setting.  *See* Rose Decl. ¶ 11 (noting "a young female biker, Terri, who is being used by

3  a gangster to make drug deliveries" in "Quicksilver").

4  **27.  Plaintiff's Alleged Similarities Regarding "Competitor Messenger's Combination of Traits and Plot Function [Spider/Manny]" (Exh. A, pp. 26-27)**

5  **A.   *Inaccuracies/Mischaracterizations/Lack of Support***

6  •   *"Competitor-messenger is … overconfident"*:  Spider is *not* a competitor for Chet, as

7  he is a minor character who is killed in the first third of the Book and with whom

8  Chet does not have a competitive relationship.  In fact, Chet ends up personally

9  training Spider on how to make rollerblade deliveries so Spider can replace him, and

10  even develops affection for Spider (*see, e.g.*, Book pp. 96 ("I [Chet] wrap my arm

11  around [Spider's] shoulders.  'Now your bicycle chums will *really* love you!'  He

12  gives me a sly grin.").  Notably, during these scenes, Spider is far from confident on

13  rollerblades (Book p. 94 ("[Spider's] spinning his arms like a hummingbird.  'You

14  have the grace of a swan, Spider.  Now, believe it or not, I have to put my hands on

15  your ass.'")) and, in a moment of vulnerability, reveals that he needs money so that

16  child protective services won't "take my baby girl away from me" (Book p. 93 ("His

17  macho mask collapses into an avalanche of blubber.")).  In contrast, Manny appears

18  throughout the Picture as a specific rival who steals specific deliveries intended for

19  Wilee, who attempts to steal Wilee's romantic interest Vanessa, and whom Wilee

20  has beaten previously in bike races.  *See, e.g.*, Picture at 01:03:40 - 01:04:55

21  (showing Manny angry after Wilee kisses Vanessa at a bar); Rose Decl. ¶ 26.

22  •   "[*Competitor*] *and the protagonist engage in verbal baiting, taunting and mocking*

23  *and calling each other derogatory names*":  In the referenced scene in the Book,

24  Spider is one of several bike messengers who taunt Chet *because he is a rollerblader*

25  and not a biker (Book pp. 4-5 ("'Hey Rollerboy!' … 'Rollerskate Boy is gonna take

26  the Cliff!' … 'Whatsamatter, Rollerfag?  Chicken?'")).  The later irony is that Spider

27  must be trained to make rollerblade deliveries by Chet and while being taunted by

28

CALDWELL
LESLIE &
PROCTOR

-46-

CV 11-03773 RS

DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

the bike messengers (Book p. 91 ("Spider, now known as Eggs Benedict, after Mr. Arnold, is now included in my Untouchable caste…. This sort of treatment is old hat for me, so I can afford to be amused as Spider absorbs most of the jeers that are normally reserved for yours truly.")).  In contrast, Manny engages in competitive boasting over who will win Vanessa or who is the faster biker (Picture at 00:05:17 (Manny: "'Yo, it isn't yours, it's mine now.  Like your girlfriend.'")), Picture at 00:07:50 (Manny: "'Hey, Wilee.  You and me, man!  Central Park.  Just one lap. Straight up bicycle race…. I'll kick your ass, man.  Have you seen my thighs?  Have you seen my thighs?'")).

- *"Second competitor" who taunts protagonist*:  Plaintiff's analogy between Denny in the Book and Manny in the Picture is even more attenuated, given that Denny is the wheelchair-bound roommate hacker who "talks like molasses because he has cerebral palsy" (Book p. 14) and Manny is the extremely physically fit and fast-talking competitor bike messenger in the Picture (Picture at 00:07:50).

### B.      Actual Depiction

As noted above, the minor bike messenger character who is killed in the first third of the Book (Spider) has a different relationship with the protagonist and a different role in the story than Wilee's main competitor in the Picture (Manny).  Not only is Spider not competitive with Chet, it is his *death* in the first act of the Book that casts suspicion on Chet and forces him to go on the lam (Book p. 132 (news report:  "Police have identified the suspect as Chet Griffin, 22, who fled the scene.  Griffin has a previous criminal record for computer crimes.")).  In contrast, Manny's competitive relationship with Wilee is used at different plot points throughout the Book:  *e.g.*, making moves on Wilee's girlfriend Vanessa (Picture at 00:19:50), picking up Nima's package after Wilee returns it (Picture at 00:51:05), racing Wilee through Central Park for Nima's package (Picture at 00:53:55), having his messenger bag searched when Monday suspects it contains Nima's package (Picture at 01:12:18), appearing at the biker confrontation with Monday at the end of the story (Picture at 01:21:00).

1

### C.     *Remaining Allegations*

2      Plaintiff's alleged similarities are reduced to a bland generalization – "competitor

3  messengers" who are "confident" and "taunt" the protagonist – that cannot be copyrighted.  *See*

4  *Rice*, 330 F.3d at 1175 ("characters are ordinarily not afforded copyright protection" unless they are

5  "especially distinctive.").  Moreover, a competitor messenger is unprotectable *scene a faire* that

6  flows naturally from the shared (and also unprotectable) premise of a courier making deliveries in

7  an urban setting.  *See* Rose Decl. ¶ 11 (noting "[b]ike messengers have also figured prominently in

8  film and fiction" and giving examples).

9  **28.    Plaintiff's Alleged Similarities Regarding "Chinese Organized Crime Antagonists' Combination of Traits and Plot Function" (Exh. A, pp. 27-28)**

10

### A.     *Inaccuracies/Mischaracterizations/Lack of Support*

11

12  • *"Caucasian protagonist is placed in conflict with the interests of vicious Chinese

13      criminals…"*:  This grossly misstates the Picture, as neither the Chinese gambling

14      faction nor the Chinese hawala system antagonize or even care about the Caucasian

15      protagonist (Wilee).  Those *two* factions only have conflicts with the *antagonist*

16      (Bobby Monday) who owes a substantial amount of money to the gambling faction

17      (and killed one of its members, *see* Picture at 00:28:05, 00:32:33) and who is trying

18      to steal the hawala ticket from the hawala system.  In sharp contrast, the *protagonist*

19      (Chet) is chased throughout the Book by John Chen's drug ring, which forms the

20      *only* Chinese faction in the Book.  And as noted above, this is another example

21      where Plaintiff attempts to compare a single character from one work (here, the

22      Chinese criminal John Chen in the Book) to multiple, different characters in the

23      other work (at various points to Sister Chen, the bike cop, Monday, Mr. Leung, and

24      the unnamed Chinese faction running the gambling dens in the Picture).  *See*

25      Response No. 4; *Litchfield*, 736 F.2d at 1356.

26  • *"Chinese criminals who operate out of legitimate, commonplace front businesses ...

27      [with] [b]ack room doors ... guarded by huge guards [and] important characters

28      [at] a desk"*:  The five-story building containing John Chen's posh fifth-floor office

-48-                                                CV 11-03773 RS
DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1    from which he runs his drug ring in the Book is very different from the seedy dens of

2    the Chinese gambling faction and the peaceful outdoor courtyard of the Chinese

3    hawaladar.  *See* Response No. 38 *infra*.

4    •    *"The gangsters are involved in drug distribution, which motivates Chet against their*

5        *insider trading scheme because his brother Bobby was a crack addict"*:  Nothing

6        remotely close to this psychological dynamic in the Book appears in the Picture, and

7        even Plaintiff does not bother to allege a similarity here.  In fact, there is no

8        relationship or even contact between Wilee and either Chinese faction in the Picture,

9        who are pursuing Bobby Monday.

10   •    *"The lead gangster ... is always in the company of lieutenants who take his*

11       *instruction"*:  In the Book, John Chen is a drug king pin surrounded by a phalanx of

12       guards, though his most prominent lieutenants are the hulking Italian thugs named

13       Data and Spock (Book p. 70 (Chet:  "I am joined by a small cortege of bodyguards

14       and escorted to a large office … everybody is Asian except for two Caucasians with

15       flag-of-Italy ties.")).  John Chen, Data, and Spock are key antagonists who hunt Chet

16       throughout the Book.  John Chen bears no resemblance to Mr. Leung in the Picture,

17       who is not a gangster but is a broker for the informal but legal hawala money transfer

18       system.  *See* Response No. 34 *infra*.  Mr. Leung only appears in one scene, when

19       Nima comes to buy the hawala ticket, with a Chinese security guard and Sudoku

20       Man (Picture at 00:39:58).  Mr. Leung, the unnamed guard, and Sudoku Man never

21       hunt or otherwise antagonize Wilee or his friends.  To the contrary, when Nima calls

22       for help at the end of the Picture, Sudoku Man arrives to kill Monday (Picture at

23       01:21:47).

24   **B.    Actual Depiction**

25       In the Book, there is one Chinese faction:  John Chen's drug ring, which employs the two

26   Italian thugs Data and Spock.  John Chen's drug ring initially uses Chet to deliver the packages of

27   insider trading tips, but turns on him when one of the packages is compromised (Book p. 97

28   ("'Those are [Chen's] orders!  If the envelopes are tampered with, we go into code red!'")).  His

CALDWELL
LESLIE &
PROCTOR

CV 11-03773 RS

DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Chinese drug ring has numerous run-ins with Chet throughout the Book, including kidnapping Ho and taking part in the shootout at Fort Farley (Book p. 305 ("From the Chinese camp, as if prodding me, 'Show yourself, or we ice [Ho].'")).  In the Picture, as noted above, there are two Chinese factions, which are not connected or otherwise organized together.  Both factions pursue Monday and neither antagonize or even interact with Wilee.  *See also* Rose Decl. ¶ 34.

### C.      Remaining Allegations

Even Plaintiff concedes that Chinese restaurants and nail salons are "commonplace" (*see* Comparison No. 38), which can be found in many works, especially those set in major cities.  *See* TV Tropes, "Friendly Local Chinatown,

*http://tvtropes.org/pmwiki/pmwiki.php/Main/FriendlyLocalChinatown* (giving examples in popular works of Chinatowns "full of Chinese restaurants, shops, acupuncturists, and so on … [which] have become a rich source for scriptwriters").  And Chinese characters, even with vague and undifferentiated connections to the underworld, are generic, often appear in urban thrillers, and are unprotectable.  *See* Rose Decl. ¶ 34 (noting that Asian underworld figures and character types often appear in urban thrillers); TV Tropes, "Generic Ethnic Crime Gang,"

*http://tvtropes.org/pmwiki/pmwiki.php/Main/GenericEthnicCrimeGang* (discussing examples of "East Asian and Southeast Asian gangsters" trope in popular works).

### 29.      Plaintiff's Alleged Similarities Regarding "The Dispatchers' Combination of Traits and Plot Function [Mel/Raj/Farhad]" (Exh. A, pp. 28-30)

### A.      Inaccuracies/Mischaracterizations/Lack of Support

- *"[Dispatcher] is an alcohol-consuming asshole-in-fact"*:  Not only does Plaintiff's characterization of Raj as an "asshole" never appear in the Picture, it is contradicted by the fact that his sarcastic demeanor is undergirded by a fondness for his messengers, each of whom he knows by name (*see, e.g.*, COL18 - 20, Reel 1AB, Scenes 106-110 ("Ah Tito, my midtown monster…. [Chuckling] The words he says, they don't go together to create meaning in a traditional sense, but I believe it is profound."); Picture at 00:06:12), and to whom he readily offers help (Picture at 00:36:12 ("Is somebody messin' with you?  You need backup?"), 01:17:43 (calling

"the cavalry" to rescue Wilee)) and protects when necessary.  He is not a "slave-driver" who is "exploitive," as his messengers are willing to talk back to him and refuse routine deliveries (Picture at 00:07:38 ("'Polo, I got a nice long run for you guys.'  'Can't do it.'  'Why not?'  'Gotta get hammered.'  'Fair enough.'")).  In sharp contrast, the Book describes Mel Corlini as "a coked-up stock market player with rabies," "a heart attack waiting to happen" (Book p. 2).  Mel is more than "sarcastic" towards his messengers:  he directs his "fury" at his messengers (Book p. 2) and even tries to kill Chet in a later plot point.  And Mel takes being exploitive to a different level:  "Mel Corlini moves through fresh courier meat like a pimp through hoes," "puts meticulous consideration into not remembering [his messengers'] names," and views them as "chattel" (Book pp. 2, 4).  *See also* Rose Decl. ¶ 32 ("whereas the Plaintiff's dispatcher figure, Corlini, is nasty and corrupt, the Defendant's dispatcher Raj is a wry and humorous Indian-American who is presented as caring rather than nasty").  Notably, Plaintiff's reference to "alcohol-consuming" is based on Raj opening a single beer (Picture at 00:51:05), and to the extent Plaintiff seeks to claim similarity to Mel Corlini being described as "coked-up," the lack of merit in the claim is self-evident.  Finally, as noted above, this is another example where Plaintiff attempts to compare a single character from one work (here, Mel in the Book) to multiple, different characters in the other work (at various times to Monday, Nima, and Raj from the Picture).  *See* Response No. 4 *supra*; *Litchfield*, 736 F.2d at 1356.

- *"[D]ispatcher launches the plot by bargaining with the protagonist to take an unusual time-sensitive delivery…"*:  In the Book, Chet accepts a delivery for $500 that Spider has *already* refused as impossible, knowing that he will risk his life by going straight down Watermelon Hill (Book p. 3).  Chet does *not* bargain with Mel in the Book, and Mel knows exactly what the delivery is because he is the hub of the vast insider trading scheme.  *See* Response No. 3 *supra*.  By contrast, in the Picture, Wilee does bargain with Raj for $30 for what appears to be a typical delivery with no

DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

threat of danger and a deadline that is loose enough that Wilee can stop for a burrito
after picking up the package.  Wilee was specifically requested for the delivery and
Raj, unlike Mel in the Book, has no idea of the importance of the delivery.  *See id.*

- *"[Dispatcher] raises the stakes for the protagonist by suddenly becoming ...
  unavailable to help – precisely when the protagonist is in danger"*:  This blatantly
  misstates both works as Raj offers to help Wilee, while Mel tries to have Chet killed.
  *See* Response No. 8 *supra*.

### B.    Actual Depiction

In the Book, Mel runs a courier service out of his "upscale office building" "in Executive
Towers" "on "Nob Hill" (Book p. 213), where he apparently also lives (Book p. 160 (Chet:  "'You
*live* here?'") (emphasis in original)).  *See* Response No. 37 *infra*.  While his other couriers are bike
messengers, Mel uses Chet for the deliveries of the insider trading tips because his rollerblades
allow him to complete deliveries faster than bike messengers (Book p. 36).  He sets the terms of his
relationship with all of his messengers and does *not* bargain with Chet (Book p. 37 ("'Just be the
courier, Chet.  And kiss my ass like it's the hem of the Virgin motherfucking Mary.  Don't make me
regret I chose you.  There are other rollerskate fags in this city, you know.'")).  In fact, after Chet
later decides that he doesn't want to do anymore special deliveries, Mel orders Chet to train Spider
to make the same deliveries on rollerblades (Book p. 89).  When Chet and Spider deliver a package
to John Chen's restaurant, Data and Spock notice that the package is opened and try to kill Chet and
Spider (Book p. 97).  A chase ensues where Spider is gruesomely killed (Book pp. 99-101).  During
a break in the chase, Chet calls Mel in desperation and *begs* Mel not to disclose Chet's name to
John Chen's minions.  Mel attempts to ascertain Chet's exact location, at which point Chet figures
out that Mel is involved in the deadly conspiracy and is trying to kill him too (Book p. 102).  He
becomes one of several antagonists in the Book hunting Chet, until Mel is eventually killed by John
Chen's minions (Book p. 213 (Newscaster reports:  "'The hunt is on for several suspects who killed
two people and set fire to an upscale office building on Nob Hill today.  One-time San Francisco
mayoral candidate Mel Corlini was killed and his office in Executive Towers burned, authorities
said.'")).  In the Picture, Raj plays a more limited role:  he bargains with Chet for a slightly higher

CALDWELL
LESLIE &
PROCTOR

-52-                                      CV 11-03773 RS
DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1  cut of the delivery fee, gives him the single delivery for Nima that drives the plot, and appears again

2  at the end of the Picture to call in "the cavalry" to rescue Wilee.

3        Plaintiff's attempt to conflate these two different characters is problematic for several

4  reasons.  First, as noted above, Mel and Raj have completely different personalities and traits.

5  Mel's distinctive and consistent nastiness adds to the paranoia and threat level of the Book.  He is

6  described as physically unattractive, incredibly rich, and always focused on the stock market (*see,*

7  *e.g.*, Book p. 2 ("Mel Corlini is a coked-up stock market player on rabies.  He has three Charlie

8  Brown hairs combed across his bald spot.  He is pear-shaped and sweats a lot.")).  In contrast, Raj is

9  hip and sarcastic, whose jokes serve as brief moments of comic relief in the Picture, and who

10  ultimately cares about his messengers.  Second, Mel and Raj play very different roles in the two

11  plots.  The latter is a minor character who appears in only a few scenes and is not unlike other

12  sarcastic dispatcher characters in popular works.  *See* Rose Decl. ¶ 32 (noting that dispatchers

13  "appear in, for example, both the novel 'Virtual Light' and the movie 'Quicksilver'");

14  *http://en.wikipedia.org/wiki/Taxi_(TV_series)* (describing Louie De Palma from "Taxi" "trading

15  insults with the drivers").  Mel, by contrast, is more than a run-of-the-mill dispatcher:  he is the

16  homicidal linchpin of the sprawling insider trading conspiracy at the center of the Book (Book p.

17  176 ("Mel is the locus who organizes everything, the spider at the center of the web.")).  *See Funky*

18  *Films*, 462 F.3d at 1078 (noting differences between "a minor character" and a central character

19  who "appears throughout the drama and continues to interact with each character separately").  In

20  addition, Mel is one of the main antagonists in the Book, and serves as another example of a

21  wealthy, powerful person engaged in class warfare with Chet and his messengers (*see, e.g.*, Book

22  p. 176 ("'That's why Mel likes to work with you broke slobs,' [Ho] says.  'If somebody is always on

23  the financial edge, Mel knows how to control them.'")).  In contrast, there is no indication in the

24  Picture that Raj is particularly wealthy or powerful, and he is certainly not an antagonist to Wilee or

25  any of the messengers.  *See* Response No. 2 *supra*.

26      **C.**    **Remaining Allegations**

27        Plaintiff's alleged similarities are reduced to bland generalizations – "dispatcher" who gives

28  "time-sensitive deliveries" – that cannot be copyrighted.  *See Rice*, 330 F.3d at 1175 ("characters

-53-                      CV 11-03773 RS

DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1   are ordinarily not afforded copyright protection" unless they are "especially distinctive.").

2   Moreover, a dispatch character is an unprotectable *scene a faire* that flows naturally from the shared

3   (and also unprotectable) premise of a courier making deliveries in an urban setting.

**30.**   **Plaintiff's Alleged Similarities Regarding "Dual Law Enforcement Antagonists' Combination Of Traits – 'Bad' and 'Good' – And  Plot Function [Gina, SEC, SFPD/Monday, Bike Cop]" (Exh. A, p. 30)**

6      *A.*     *Inaccuracies/Mischaracterizations/Lack of Support*

7     •   *"The 'bad' Caucasian cop is motivated by participation in gambling with Asian*

8         *gangsters"*:  This flatly misstates the Book.  Neither of the referenced scenes even

9         mentions gambling or Asian gangsters; they merely show that the cop (Gina Corlini)

10        is the sister of the dispatcher (Mel Corlini) at the hub of the sprawling criminal

11        conspiracy.  Moreover, Gina Corlini is not depicted as a gambler.  In contrast, the

12        cop in the Picture (Bobby Monday) is trying to steal the hawala ticket to pay off

13        personal gambling debts from simply playing Pai Gow (Picture at 00:23:58 ("Yeah,

14        this isn't your game, man.  Anglos don't have the math for Pai Gow.")).

15     •   *"The protagonist is being chased by both bad cop[s] and good cop[s] at the same*

16        *time"*:  Again, Chet has numerous antagonists in the Book, and the dirty cop (Gina

17        Corlini) is a relatively minor player in the sprawling insider trading conspiracy at the

18        heart of the Book.  In addition, Chet is initially chased by local police who

19        erroneously believe he is responsible for Spider's murder (Book p. 130 (Denny:

20        "'Judging from the line of [the cops'] interrogation, they want you for murdering that

21        Spider-Man dude.'")), and later by federal agents aware of his criminal background

22        in computer hacking who correctly believe that he has resumed hacking (*see* Book p.

23        339 (FCIC agent notes that Wilee has engaged in "'[h]ome burglary, breaking ·and

24        entering police property, tampering with evidence, hijacking a bus and kidnapping

25        fifteen citizens, vandalism, conspiracy, phone fraud, almost every conceivable

26        electronic crime-and possibly murder.'")).  In contrast, the bad cop in the Picture

27        (Bobby Monday) is *the* antagonist who drives the entire plot by attempting to steal

28        the hawala ticket from Wilee throughout the story.  The Picture uses an unnamed

CALDWELL
LESLIE &
PROCTOR

-54-

CV 11-03773 RS

DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

bike cop for certain chase scenes and occasionally for comic relief (*see, e.g.*, Picture at 00:30:48 (bike cop is mocked as "Lance Armstrong" and says, "'I just got my ass kicked by a kid on a bicycle.'")), who chases Wilee based on traffic violations and is otherwise irrelevant to the plot.

- "*The protagonist discovers the complicity of law enforcement only at the police station by seeing a tag*": This flatly misstates the Picture. In the referenced scenes, Wilee takes a picture of the license of the man who chased him. When he is at the police station later to report the incident (Picture at 00:21:37), his pursuer comes into the station. Although Wilee does not interact with the cop, Wilee realizes that he is a detective and confirms that his license says "NYPD" (Picture at 00:22:10 - 00:22:30). Wilee then becomes worried that *he* may be complicit in "carry[ing] drug shit" (Picture at 00:35:57); he does not discover that Monday is complicit in anything and nothing in the Picture suggests that Wilee ever learns that Monday wants the ticket to pay off personal gambling debts. In contrast, in the referenced scene in the Book, Chet and Ho realize that Gina Corlini is related to the dispatcher who is trying to kill Chet and who may be implicated in the insider trading scheme somehow (Book p. 137-38). *See also* Mot., p. 21 (ECF No. 69); Rose Decl., ¶ 81.

- "*The bad cop[s] conceal their actions from the good cops – but to the protagonist[s] claim to be doing their official duties*": In the referenced scene in the Book, there is no evidence of who is a "good cop." In fact, Chet worries that the sprawling criminal conspiracy infects other segments of the police (Book p. 140 (Chet: "'No! Didn't you see *all* those other cops hovering around? They're *all* in on it! We can't trust *any* of them.'" (emphasis in original))). Towards the end of the Book, some cops do protect Chet at the Fort Farley shootout (Book p. 310 (Chet: "Not every cop is in on this conspiracy…. Right now, I think they are downright trying to save me. They keep the fire going, covering for me, giving me a chance to gun the last fifty feet to the half-pipe.")) and the government does investigate and prosecute Gina Corlini (Book pp. 344-45). In the referenced scene in the Picture, on the other hand,

CALDWELL LESLIE & PROCTOR

-55-

CV 11-03773 RS

DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1    Monday simply makes an excuse for the injury on his face to two other police

2    officers (Picture at 00:22:25).  But no "good cops" ever investigate or prosecute

3    Monday or protect Wilee.

4    ### B.    Actual Depiction

5    The corrupt cop in the Book is a minor character (Gina Corlini) who is one of several

6    antagonists in the sprawling criminal conspiracy at the heart of the Book.  Although she initially

7    protects her dispatcher brother by warning him about Chet and Ho (Book p. 183), she later battles

8    the Chinese drug lords who killed her brother and tries to save the city from a turf war (Book p. 260

9    (Gina:  "'The New York mafia and Chen are about to start a war.  And my city will be the

10   battlefield.  I want to get Chen before it starts.'")).  In contrast, the bad cop in the Picture (Monday)

11   is the main antagonist who chases Wilee throughout the film.  *See Funky Films*, 462 F.3d at 1078

12   (noting differences between "a minor character" and a central character who "appears throughout

13   the drama and continues to interact with each character separately").  He is a lone actor who is

14   trying to steal the hawala ticket to pay off his personal gambling debts.

15   ### C.    Remaining Allegations

16   Plaintiff's attempts to obscure the obvious differences between the characters until they are

17   simply "corrupt cops" reduces them to unprotectable "stock character[s] expected to be present in

18   any number of stories."  *See Capcom*, 2008 WL 4661479, at *8 (noting that "other elements of both

19   characters … reflect significant dissimilarity"); *see also* "Virtual Light" (1983) (corrupt officer in

20   work also involving a bike messenger), "Witness" (1985), "Training Day" (2001), "The Departed"

21   (2006); *see also* TV Tropes, "Dirty Cop," *http://tvtropes.org/pmwiki/ pmwiki.php/Main/DirtyCop*

22   (giving examples in popular works of the stereotype of a cop who is "Brutal, fascist, and often on

23   the take from the local mob, this cop makes most criminals and prisoners look like...well, saints.").

24   Indeed, corrupt policemen can be found in other works about couriers.  *See* Rose Decl. ¶ 12 (noting

25   corrupt San Francisco policemen in the novel "Virtual Light").  And scenes of a protagonist going

26   to a police station only to learn that a police officer is a bad guy have been in numerous prior works

27   and are protectable only in the specific way they are expressed.  *See, e.g.*, "Witness" (1985),

28   *http://en.wikipedia.org/wiki/Witness_(1985_film)* (witness to murder goes to police station and

CALDWELL
LESLIE &
PROCTOR
-56-                                          CV 11-03773 RS
DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1  realizes that perpetrator is an officer); "Date Night" (2010), *http://en.wikipedia.org/wiki/Date_Night*

2  (protagonists talk with detective at police station only to discover the men after them are also

3  detectives and that the police cannot be trusted).  Such stock characters with such general traits are,

4  therefore, not protectable.

5  **PACE, MOOD AND THEME SIMILARITIES**

6  **31.**    **Plaintiff's Alleged Similarities Regarding "Pace" (Exh. A, p. 31)**

7       *A.    Actual Depiction*

8       The story in the Book unfolds in a linear chronology over several weeks, with action

9  sequences interspersed with significant slow periods where little happens – *e.g.*, whole chapters

10  where Chet simply uses a computer to hack (*see* Book chapters "Hack," "Feds," "Cyberpunk," "On

11  Phred's Ass," "Hacker Battle," "Predator"), where the relationship between Chet and Ho is

12  explored, or where characters simply talk through the intricacies of the sprawling criminal

13  conspiracy at the heart of the Book.  In contrast, the story in the Picture is non-linear, uses

14  flashbacks, and is built around the real-time urgent task of delivering one package in 90 minutes.

15  *See* Rose Decl. ¶ 41.  Moreover, the Picture employs the flashbacks and time-markers to intensify

16  the pace.  *See id*. ¶ 71.  More importantly, the kinetic and action-driven portions of the Book that are

17  most memorable and cinematic – *e.g.*, Chet's encounter with Data on the BART train, Chet and

18  Ho's escape through the San Francisco sewers, the shootout at Fort Farley – *never appear in any*

19  *form in the Picture*.  It defies logic that writers allegedly attempting to steal ideas for an action

20  movie would completely ignore the action scenes in a book.  Moreover, while the action sequences

21  in the Book make use of rollerblades, skateboards, wheelchairs, and mass transit, *not a single one*

22  *makes use of bikes*, whereas all of the chase scenes in the Picture involve bikes.

23       *B.    Remaining Allegations*

24       Plaintiff has no copyright on a "kinetic" mood or "action-driven" stories.  Fast pacing is

25  generic *scene a faire* that flows naturally from the shared (and also unprotectable) premise of a

26  courier making deliveries in an urban setting and, therefore, are unprotectable.  *See id*. (noting

27  "countless other novels and movies" with "fast-paced stories that employ multiple chase scenes").

28

CALDWELL
LESLIE &
PROCTOR

-57-                              CV 11-03773 RS
DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**32.    Plaintiff's Alleged Similarities Regarding "Mood" (Exh. A, p. 31)**

**A.    *Inaccuracies/Mischaracterizations/Lack of Support***

- *"It is an urban, slangy literary/cinematic style"*:  Plaintiff's Book is more than slangy; it is replete with profanity and distinctive obscenities that bear no similarity to the PG-13 language in the Picture.  *See* Response No. 42 *infra*.  Furthermore, there is no support whatsoever for Plaintiff's characterization of the Picture, a conventional action movie, as having a literary style of any sort.

**B.    *Actual Depiction***

Plaintiff's allegation about "fast/faster/fastest" refers to pace, which is not similar in the two works.  *See* Response No. 31 *supra*.  In terms of mood, the Book has a dark and paranoid feel stemming from its plot about Chet being hunted by a sprawling criminal conspiracy that he is trying to uncover, and is enhanced by his troubled family history, his past criminal convictions, and his bizarre tattoos and other personal traits.  By contrast, the Picture has a fun and buoyant quality traceable to its plot about completing a delivery for a friend within a certain period, with no psychological elements in any way comparable to the Book.  *See* Rose Decl. ¶¶ 72, 73; *Idema*, 162 F.Supp.2d at 1185 (distinguishing between a "dark, cynical, and slow-moving … story of a long-suffering man persecuted, prosecuted, and jailed by his own government" and a "non-stop action which largely sacrifices nuance, historical explanation, and/or meaningful character development in the name of suspense and special effects").  The abundance of violence and obscenity also contribute to the Book's darker mood.  *See* Rose Decl. ¶¶ 72, 73.

**C.    *Remaining Allegations***

Plaintiff's remaining allegations – "urban" "slang" and a "fast" mood/pace – are generic *scenes a faire* that flow naturally from the shared (and also unprotectable) premise of a courier making deliveries in an urban setting.

**33.    Plaintiff's Alleged Similarities Regarding "Themes" (Exh. A, pp. 31-32)**

**A.    *Inaccuracies/Mischaracterizations/Lack of Support***

- *"The major themes involve status and wealth/power disparity and exploitation … entrenched, corrupt structures"*:  This is an egregious misinterpretation by Plaintiff

CALDWELL
LESLIE &
PROCTOR

-58-                                                    CV 11-03773 RS

DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

that is "quite lacking in objectivity [and] mischaracterize[s] the works at issue." *Idema*, 162 F.Supp.2d at 1181. Notably, while Plaintiff quotes numerous places in the Book that reflect its rich-versus-poor/class warfare theme, Plaintiff is unable to include a single quote to support his blatant mischaracterization of the Picture to fit his analysis. The reason is that the Picture is a conventional action movie built around the completion of a simple task, but it has *no* overarching moral or political theme like the Book. *See* Rose Decl. ¶¶ 45-46. There is no high-minded discussion or even reference to "democratic anarchy" or "entrenched corrupt, structures." In fact, a rich-versus-poor/class warfare theme would be impossible in the Picture, given that the antagonist in the Picture (Bobby Monday) hardly enjoys an exalted status: he is a police officer with substantial gambling debts, who is beholden to and gets beaten up by his debtors (Picture at 00:26:51), and ultimately gets killed by Sudoku Man (Picture at 01:21:43). His *lack* of wealth is the reason he tries to steal the hawala ticket in the Picture (Picture at 00:24:25 ("Look, if you really need cash …. If you get ahold of that [ticket] and bring it here, *your money problems* with us are over.") (emphasis added)). This is in sharp contrast to the wealthy antagonists in the Book: Mel (who is "so rich he shits chocolate mousse [and] is the free market's evolutionary pinnacle, capitalism's Ideal Man made flesh" (Book p. 2)), John Chen (who is a drug kingpin who works out of a well-appointed fifth floor office (*see* Response No. 4 *supra*)), and Levy (who is a powerful bank executive (*see* Response No. 4 *supra*)).

- *"[Courier] takes unreasonable risk due to his economic situation"*: There is no similarity between the two protagonists' economic situations or risk-tolerance. *See* Response No. 25 *supra*; *see also Idema*, 162 F. Supp.2d at 1186 (distinguishing one protagonist who is "at most a bit cocky and brash, but displays none of what is described as Idema's 'loose cannon' behavior, such as disobedience to his superiors, use of obscene language, or other instances of a 'bad attitude'").

CALDWELL
LESLIE &
PROCTOR

-59-

CV 11-03773 RS

DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

- *"Prevail [over] physically, socially and morally … corrupt individuals and authorities"* and *"defeating wealthy, older, far more powerful and self-serving antagonists who seek to manipulate and corrupt them"*:  As noted above, Wilee has *one* antagonist in the Picture:  Bobby Monday, who is not wealthy and at no point tries to manipulate and corrupt Wilee.  He simply tries to steal the Hawala ticket from Wilee.  In contrast, Chet has *multiple* (and wealthy) antagonists in the Book, all of whom form a sprawling criminal conspiracy that uses him to deliver insider trading tips all over the city.  *See* Response Nos. 22, 28-30 *supra*.

- *"Ultimately fights fire with fire, and ultimately, the rich and powerful need the poor to get anything done"*:  In the referenced scene in the Book, Mel explains that *he* needs *Chet specifically* because his rollerblades allow him to make special deliveries down the hills of San Francisco "four times as fast on those things" as "some bike speedster with a giant contraption he has to carry around or lock to a fire hydrant" (Book pp. 35-36).  In the referenced scene in the Picture, on the other hand, Wilee explains that, when other methods of sending something are not enough, *people in general* need *one of the* "fifteen-hundred bike messengers* on the street in New York City" (Picture at 00:02:18 (emphasis added)).  The scene does not in any way suggest that only the rich and powerful use the 1500 bike messengers.

### B.  Remaining Allegations

Plaintiff's tortured interpretations about abstract similarities in theme are unfounded.  Plaintiff has no copyright on the generic themes of the powerless prevailing over the powerful, "the righteous prevailing over corrupt," "good prevailing over evil," "a life of adventure triumphs over a life of mundane comfort," "becoming unlikely heroes," and "fighting fire with fire."  What remains – "young messengers" who are "low-status" but "hip" – is "so generalized and/or cliché" that it is commonplace and certainly *scene a faire* that flows naturally from the unprotectable premise of a courier service in an urban setting.  *See* Rose Decl. ¶¶ 10-11; *Idema*, 162 F.Supp.2d at 1186 (discussing brash, cocky character "who does things his own way, and who triumphs over the forces of evil through his own guile, wit, and pure physical abilities").

DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1

<u>SETTING SIMILARITIES</u>

2

**34.**     **Plaintiff's Alleged Similarities Regarding "Urban Financial Center" (Exh. A, p. 33)**

3

***A.***     ***Actual Depiction***

4

Not only are there countless differences between San Francisco and New York, each work

5

relies heavily on distinctive locations found only in its respective city to drive the plot forward.  *See*

6

Rose Decl. ¶¶ 66-68; *see also Bernal*, 788 F.Supp.2d at 1070-71 (noting that "several unique

7

geographic cues or landmarks" in one work – "for example, the Ferris wheel at the Santa Monica

8

pier, Pacific Palisades Park in Santa Monica, and the 405 freeway" – did not appear in other work).

9

Furthermore, while San Francisco's financial system plays an important role in the plot of the Book,

10

New York's financial system is irrelevant to the Picture.  In fact, the hawala plot device in the

11

Picture is based on an "alternative remittance system that exists or operates outside of … traditional

12

banking or financial channels."  *See http://en.wikipedia.org/wiki/Hawala* (emphasis added).

13

***B.***     ***Remaining Allegations***

14

Plaintiff's only remaining allegation is an "urban center" with "a bike messenger

15

population," which is not protectable.

16

**35.**     **Plaintiff's Alleged Similarities Regarding "The Streets" (Exh. A, p. 33)**

17

***A.***     ***Inaccuracies/Mischaracterizations/Lack of Support***

18

•     *"Most of the action occurs on the city streets"*:  Plaintiff grossly mischaracterizes his

19

own Book, where a substantial amount of the action (including some of the most

20

memorable scenes) occurs in other locations –*e.g.*, Chet's encounter with Data on the

21

BART train (Book pp. 115-124), Chet and Ho's escape through the San Francisco

22

sewers (Book pp. 186-196), the shootout at Fort Farley and escape through a

23

concrete tunnel (Book pp. 299-325).  The scenes in the Book that do take place on

24

"city streets" often make use of the uniquely hilly terrain in San Francisco – *e.g.*,

25

Chet's initial descent down Watermelon Hill (Book p. 5), Chet and Ho's escape in a

26

car "rolling down the hill with no lights" (Book p. 198) – which distinguishes them

27

from the Pictures' chase scenes on flat New York City streets.  *See* Rose Decl. ¶ 68.

28

CALDWELL
LESLIE &
PROCTOR

-61-                          CV 11-03773 RS
DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

### B. Remaining Allegations

"City streets" are "commonplace settings" and unprotectable *scenes a faire*.

### 36. Plaintiff's Alleged Similarities Regarding "Grunge Music Bar" (Exh. A, p. 33)

#### A. Inaccuracies/Mischaracterizations/Lack of Support

- *"Punk-band with a female lead singer"*: In the Book, the female musician (Ho) plays a bass guitar and is backup to "[t]he lead guitarist, the *real* musician of the band" (Book pp. 56-57). She is one of the three main protagonists and appears throughout the Book. Her band, Spit, plays an important role in the climax of the Book, when they come to rescue Ho (Book p. 314). In contrast, the female musician in the Picture is an unnamed lead singer, appears in the background for all of 4 seconds (Picture at 1:03:22-1:03:26), and neither she nor her band appear again or have any significance whatsoever in the Picture. It is unclear what basis Plaintiff has to claim it is a "punk-band" or to describe the bar as "grungy." Unlike the Book, none of the Picture's main characters play music.

### B. Remaining Allegations

Plaintiff's remaining allegation – "music bar" – is a "commonplace setting" in cities and not protectable. *See Bernal*, 788 F.Supp.2d at 1071.

### 37. Plaintiff's Alleged Similarities Regarding "Dispatch Office" (Exh. A, p. 33)

#### A. Inaccuracies/Mischaracterizations/Lack of Support

- *"Dispatch office is in a streetside office building that has no elevator to get upstairs and is ... run-down"*: Neither work indicates that the dispatch office building has "no elevator." Nor does Plaintiff explain why the absence of an office feature is remotely relevant to either work. *See Bernal*, 788 F.Supp.2d at 1063 (rejecting "lengthy list of random similarities, with little analysis as to why such alleged similarities are qualitatively important to the two works"). In fact, in the Book, there are stairs up to the office where Mel apparently lives (Book p. 160), while the dispatch office in the Picture is on the first floor and there is no evidence that anyone lives there. Moreover, the dispatch office building in the Book is not "downmarket"

CALDWELL
LESLIE &
PROCTOR

-62-

CV 11-03773 RS
DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

nor "run-down": Plaintiff omits the fact that the skid marks left by couriers are on "expensive hallway carpeting" leading to the office of Mel Corlini (Book p. 2), who is "so rich he shits chocolate mousse [and] is the free market's evolutionary pinnacle, capitalism's Ideal Man made flesh" (Book p. 2). In contrast to Mel's tony office on Nob Hill, the dispatch office in the Picture looks more industrial, with bikes hanging everywhere and a work area in the back where messengers can fix their bikes and the dispatcher sitting at a desk by the entrance with no office at all (Picture at 05:55-06:35). And while Mel's dispatch office forms the hub of the insider trading conspiracy at the heart of the Book, no similar role is played by the dispatch office in the Picture. *See* Response No. 2 *supra*.

### B.  Remaining Allegations

Plaintiff's remaining allegation – "dispatch office in a streetside office building" that is "bustling" and "crowded" – is unprotectable *scenes a faire* that flows naturally from the shared (and also unprotectable) premise of a courier making deliveries in an urban setting.

### 38.  Plaintiff's Alleged Similarities Regarding "Chinese 'Front' Stores" (Exh. A, pp. 33-34)

### A.  Inaccuracies/Mischaracterizations/Lack of Support

- *"Chinese 'front' stores ... built into the first floor of an apartment building ... with a security guard [and] a secret backroom"*: The figurative "front" in the Book is simply not comparable to the literal "storefront" in the Picture. *See* Rose Decl. ¶ 69. In the Book, the Chinese restaurant on the ground floor conceals the drug ring run by John Chen, who actually works behind "a mahogany desk" in "a large office" "on a beautiful, well-lit *fifth floor*, peopled with well-dressed Asian men and a smattering of Italians," which is only accessible by going through "the bustling restaurant," through "the noisy back kitchen," through "a giant lobby on a polished marble floor with six or eight armed guards in suits," and up "a very old-fashioned elevator[]" (Book pp. 69-70 (emphasis added)). The numerous barriers and guards protecting John Chen make it difficult to get an audience with him (*see, e.g.*, Book p. 10 (where Data rams Chet when he tries to get in and signals that Chet "ain't getting in")). In

1    contrast, the Chinese tea parlor in the Picture is a physical storefront, has no secret

2    back room, and in no way conceals criminal activity. In fact, Wilee easily finds

3    Sister Chen "SEATED ALONE IN A BOOTH, EATING A MEAL" in the quiet tea

4    parlor (COL 260, Reel 5AB, Scene 235; Picture at 1:21:09). And this scene comes

5    at the very end of the Picture, compared to the early scenes in John Chen's office in

6    the Book. *See* Response No. 4 *supra*. The nail salon in the Picture also has no back

7    room and is not heavily guarded. Nima simply talks to the security guard, who

8    escorts her to see the hawaladar (Mr. Leung) in the peaceful outdoor courtyard with a

9    windchime and red umbrella (Picture at 39:30). Mr. Leung is a broker for the

10   ancient and informal hawala money transfer system, which is clearly different than a

11   criminal drug ring and not even illegal. *See* Response No. 24 *supra*.

12   **B.      Remaining Allegations**

13   Even Plaintiff concedes that Chinese restaurants and nail salons are "commonplace" (*see*

14   Comparison No. 29) and can be found in many works, especially those set in major cities. *See* TV

15   Tropes, "Friendly Local Chinatown,

16   *http://tvtropes.org/pmwiki/pmwiki.php/Main/FriendlyLocalChinatown* (giving examples in popular

17   works of Chinatowns "full of Chinese restaurants, shops, acupuncturists, and so on … have become

18   a rich source for scriptwriters"); *see also* Rose Decl. ¶ 34 (noting that Asian underworld figures and

19   character types often appear in urban thrillers).

20   **39.      Plaintiff's Alleged Similarities Regarding "Elegant Office Building" (Exh. A, p. 34)**

21   **A.      Inaccuracies/Mischaracterizations/Lack of Support**

22   • *"Elegant office building [is] one of the delivery locations"*: The numerous important

23   deliveries to and from Levy's office building in the Book is utterly dissimilar to the

24   single, unimportant delivery to the nameless office building at the start of the Picture,

25   as they serve different purposes in the two works. *See* Response No. 4 *supra*.

26   **B.      Remaining Allegations**

27   An "elegant office building" with generic features like "polished marble floors," "revolving"

28   things, and "receptionists" is an unprotectable common setting found in many works, especially

CALDWELL
LESLIE &
PROCTOR
-64-                                          CV 11-03773 RS
DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1  those set in cities.  *See Bernal*, 788 F.Supp.2d at 1071 (listing "offices" and "restaurants" as

2  examples of "commonplace settings").

3  **40.**     **Plaintiff's Alleged Similarities Regarding "Police Precinct House" (Exh. A, p. 34)**

4          *A.     Inaccuracies/Mischaracterizations/Lack of Support*

5  •       *"The precinct house is bustling"*:  While the precinct house in the Book is described

6              as "bustling" with several "benchwarmers" waiting to make reports (Book p. 135),

7              the precinct in the Picture is relatively quiet with no one waiting to be helped

8              (Picture at 21:19).

9  •       *"The cop at the desk where citizens make reports is behind security glass, has

10             attitude, and snorts"*:  The female "receiving cop" in the Book is *not* behind glass as

11             Chet and Ho are able to "lean across the desk" when asking "to see the chief" (Book

12             pp. 134-35).  And while the female office initially "snorts 'Can I help you,'" she

13             promptly changes her attitude when Chet and Ho suggest they have information for

14             the police's investigation into Spider's murder and immediately takes them to see the

15             Organized Crime Task Force (Book pp. 134-35).  In contrast, the male officer in the

16             Picture *is* behind security glass.  When he determines that Wilee is not injured and

17             simply wants to report "attempted vehicular manslaughter," Wilee is told to wait for

18             someone to come take his statement (Picture at 00:21:20).  At no point does he

19             "snort" or is he described in the script as "snorting" (Picture at 00:21:20 - 00:21:46;

20             COL66 - 68, Reel 2AB, Scenes 134-141).

21         *B.     Remaining Allegations*

22          The remaining allegations – "precinct houses" that have "glass," "cops at desks where

23  citizens make reports" – are so generic and lacking in concrete expression that they are not

24  protectable.  *See Capcom*, 2008 WL 4661479, at *7 (describing examples of stock elements in

25  "stories of police work").

26

27

28

CALDWELL
LESLIE &
PROCTOR

-65-                                                    CV 11-03773 RS
DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**41.** **Plaintiff's Alleged Similarities Regarding "Warehouse By The Water Finale" (Exh. A, p. 34)**

   **A.** *Inaccuracies/Mischaracterizations/Lack of Support*

- *"Concludes at a warehouse located along the water"*: To the extent Plaintiff is referring to the Fort Farley shootout in the Book, that actually takes place at Fort Farley, "an open cement playground made for tank practice" with "the undulating effect of an empty swimming pool" that has been "[a]bandoned for years [and] is now heavily spraypainted, *unpoliced*, and frequented by skaters" (Book pp. 301-02 (emphasis added)). A separate "cluster of abandoned warehouses [] adjoins Fort Farley" (Book p. 299). The characters only pass through one of the warehouses – "an abandoned airplane bunker" with "tin walls [that] are rifled with ten-foot bazooka holes" – to escape through "a gaping cavity in the floor [that] leads straight down into the utter darkness of a dry, perfectly cylindrical tunnel" (Book p. 300). Notably, the Book does not conclude at Fort Farley (*see* Book pp. 314-354). In contrast, one of the later scenes in the Picture (but not the final scene) takes place at a *police impound lot* (Picture at 01:10:06 (showing "New York City Police Department – Manhattan Tow Pound")) that is *neither* abandoned nor rundown: it is full of impounded cars, bikes, and police officers. The impound lot is the setting for the final bike chase scene, in which Wilee and Vanessa try to avoid police by biking over cars, tow trucks, and narrow planks. *See* Response Nos. 18, 20 *supra*.

   **B.** *Remaining Allegations*

   "A warehouse located along the water" is a "commonplace setting" and is too generic to be protectable. *See Bernal*, 788 F.Supp.2d at 1071.

## LANGUAGE, MUSIC AND TITLE SIMILARITIES

**42.** **Plaintiff's Alleged Similarities Regarding "Language Style" (Exh. A, p. 35)**

   **A.** *Inaccuracies/Mischaracterizations/Lack of Support*

- *"The word 'douchebag' is used frequently"*: The Book actually uses 'douchebag' only twice (Book pp. 90, 303), and only once by Chet. In contrast, Wilee uses

1   'douchebag' repeatedly throughout the Picture to mock Monday.  In fact, it becomes

2   a running joke:  after being called douchebag several times by Wilee, Monday even

3   mentions his dislike of that specific word while hurting Wilee in the ambulance

4   (Picture at 01:07:40 (Monday:  "'I don't really care much for that term 'douchebag.'

5   People throw it around like crazy these days, like it's suddenly okay.  You know

6   what else people say now?  'Suck it.'")), which in turn sets up Wilee to mock

7   Monday one final time at the end of the Picture (Picture at 01:20:46 (Wilee:  "'Suck

8   it, douchebag.'")).

9   **B.      Actual Depiction**

10  The Picture is rated PG-13 and contains low-level swearing and snarky language like

11  'douchebag.'  In sharp contrast, the Book is replete with obscene language, including swear words

12  in several chapter titles (*see* Book, Table of Contents) and more distinctive profanity that appears

13  nowhere in the Picture.  *See, e.g.*, Book pp. 21 ("Typical shit …  Fetus envy—that would be my

14  dyknosis.") 90 ("'You cocksucking rollerfag!'"), 93 ("He fumes in his native Fuckspeak"); *see also*

15  Rose Decl. ¶¶ 72, 73.

16  **C.      Remaining Allegations**

17  Plaintiff cannot copyright 'douchebag,' which is a product, a common pejorative term, and

18  even the title of a 2010 film.  *See http://en.wikipedia.org/wiki/Douchebag; Bernal*, 788 F.Supp.2d at

19  1071 ("Ordinary words and phrases are not entitled to copyright protection"); *Idema*, 162 F.Supp.2d

20  at 1184 (noting that "extended similarity" in dialogue is needed to support claim of substantial

21  similarity).  Plaintiff's remaining allegations – "characters talk[ing] in banter" and "street slang" –

22  are unprotectable.

23  **43.      Plaintiff's Alleged Similarities Regarding "Music" (Exh. A, pp. 35-36)**

24  **A.      Inaccuracies/Mischaracterizations/Lack of Support**

25  •   *"Are rock-and-roll music-driven, mostly in the alternative and punk genre"*:  The

26  Book is not driven by music, which at most appears as brief and scattered references

27  in the story.  In contrast, the Picture has an entire soundtrack that spans the length of

28  the film, including instrumental sections to heighten different emotions in the story

CALDWELL
LESLIE &
PROCTOR

-67-

CV 11-03773 RS
DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1      (*see, e.g.*, Picture at 00:49:50 – soft piano music plays when Nima shows Wilee a

2      picture of her son).

3    •   *[List of random songs]*:  Not a single song referenced in the Book, no matter how

4      briefly, appears in the Picture.

5    •   *"The punk band … at the grunge bar features a punk female musician"*:  One of the

6      main characters (Ho) and her band (Spit) in the Picture are entirely different from the

7      unnamed band that appears for a few seconds in the Picture with no indication it is a

8      punk band.  *See* Response No. 36 *supra*.

9    **B.**    **Remaining Allegations**

10     At most what remains is a "genre" of music, over which Plaintiff cannot claim a copyright.

11 This is particularly true where Plaintiff defines the "genre" so broadly that it conflates rock-and-roll,

12 alternative, punk, indie rock, not to mention rap metal and disco.  *See*

13 http://en.wikipedia.org/wiki/Rage_Against_the_Machine ("Rage Against the Machine is an

14 American rap metal band"); *http://en.wikipedia.org/wiki/Stayin%27_Alive* ("'Stayin' Alive" is a

15 disco song by the group Bee Gees").

16 **44.**    **Plaintiff's Alleged Similarities Regarding "Title" (Exh. A, p. 36)**

17    **A.**    **Inaccuracies/Mischaracterizations/Lack of Support**

18    •   *"Title"*:  The word "rush" is used differently in the two works.  The Book uses "the

19      ultimate rush" on several occasions to refer to Chet's various addictions and thrills –

20      rollerblading (Book pp. 11-12) and especially hacking (Book p. 179).  "Premium

21      rush" appears only once in the film, to describe the category of Nima's delivery

22      (Picture at 00:07:46).  *See* Rose Decl. ¶ 13 (noting two other works about couriers

23      that contain the word "rush" in the title).

24    **B.**    **Remaining Allegations**

25     Even if both works had identical titles that referred to the same things (which they do not), it

26 would have "limited copyright significance."  *See Benay*, 607 F.3d at 628 (granting summary

27 judgment against plaintiffs despite fact that both works were titled "The Last Samurai"); *see also*

28

CALDWELL
LESLIE &
PROCTOR

-68-                     CV 11-03773 RS
DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

*Bernal*, 788 F.Supp.2d at 1070 ("Ordinary words and phrases are not entitled to copyright protection").

CALDWELL
LESLIE &
PROCTOR
-69-                              CV 11-03773 RS
DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL COMPARISONS OF THE BOOK
AND THE PICTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT