IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOE QUIRK,

        Plaintiff,

  v.

SONY PICTURES ENTERTAINMENT INC., et al.,

        Defendants.

No. C 11-3773 RS

**ORDER CONTINUING TRIAL DATE**

    Parties stipulate to a short continuance of the trial date and related dates to allow the parties and the Court to resolve dispositive motions filed by defendants that may dispose of all claims. Parties request a trial date of May 6, 2013. The Court is able to accommodate a trial date of May 7, 2013. Accordingly, the trial date shall be continued from the current date of March 25, 2013 to **May 7, 2013 at 9:00 a.m**. Pretrial Conference shall be continued from the current date of March 7, 2013 to **April 25, 2013 at 10:00 a.m.** Expert discovery shall be continued to March 25, 2013. The last date for pre-trial disclosures shall be continued to April 5, 2013.

    IT IS SO ORDERED.

Dated: 1/23/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE