JEFFREY T. MAKOFF (SBN 120004)
RACHEL S. BRAVO (SBN 267287)
MARIO R. NICHOLAS (SBN 273122)
VALLE MAKOFF LLP
2 Embarcadero Center, Suite 2370
San Francisco, California 94111
Telephone:   (415) 986-8001
Facsimile:    (415) 986-8003
Email:         jmakoff@vallemakoff.com
              rbravo@vallemakoff.com
              mnicholas@vallemakoff.com

Attorneys for Plaintiff
Joe Quirk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOE QUIRK,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SONY PICTURES ENTERTAINMENT INC., et al.,<br><br>　　　　　Defendants. | Case No. C 11-03773 RS<br><br>**STIPULATED REQUEST FOR A SHORT CONTINUANCE OF THE EXPERT DISCOVERY CUTOFF [L.R. 6-2]**   ORDER<br><br>Current Expert Cutoff:　March 25, 2013<br>Proposed Expert Cutoff:　April 30, 2013<br><br>Trial Date:　　　　　　May 7, 2013 |

**STIPULATED REQUEST FOR A SHORT CONTINUANCE
OF THE EXPERT DISCOVERY CUTOFF
[L.R. 6-2]; CASE NO. C 11-03773 RS**

Pursuant to Northern District of California Local Rule 6-2, plaintiff Joe Quirk ("Plaintiff") and defendants Sony Pictures Entertainment Inc. ("Sony"), Columbia Pictures Industries, Inc. ("Columbia"), Pariah, David Koepp and DGK, Inc. (collectively, "defendants"), by and through their undersigned attorneys, hereby file the following stipulated request for an order for a short continuance of the expert discovery cutoff:

**STIPULATION**

A. WHEREAS there are two dispositive motions filed by defendants that have been briefed and heard and are currently under submission before this Court: (1) a motion for summary judgment on plaintiff's copyright claims filed on September 27, 2012 (ECF No. 69, "Copyright MSJ"), and (2) a motion for summary judgment on plaintiff's implied contract claim filed on December 14, 2012 (ECF No. 93, "Implied Contract MSJ") (together, "dispositive motions");

B. WHEREAS, on January 23, 2013, the parties requested a short continuance of the trial date and related dates to facilitate the disposition of these dispositive motions, which may potentially dispose of all claims in this matter prior to expert discovery and final preparation for trial (ECF No. 108, "Stipulated Request for a Short Continuance of the Trial Date and Related Dates");

C. WHEREAS, on January 23, 2013, the Court issued an order continuing the trial date in this matter to May 7, 2013 to allow the parties and the Court to resolve dispositive motions filed by defendants (ECF No. 109, "Order Continuing Trial Date"). As part of its Order, the Court also continued expert discovery to March 25, 2013;

D. WHEREAS the parties have met and conferred and stipulated to a short continuance of the expert discovery cutoff to April 30, 2013, which would provide additional time to resolve the pending dispositive motions before the parties and the Court need to expend time and resources relating to expert discovery and final

**STIPULATED REQUEST FOR A SHORT CONTINUANCE
OF THE EXPERT DISCOVERY CUTOFF
[L.R. 6-2]; CASE NO. C 11-03773 RS**

1  preparation for trial. To facilitate this short continuance, the parties agree to reserve the
2  right to supplement pre-trial disclosures with expert discovery as needed; and
3      E.    WHEREAS the parties would not be prejudiced by a short continuance
4  of the expert discovery cutoff to April 30, 2013.
5      THEREFORE, the parties stipulate to the aforementioned short continuance of
6  the expert discovery cutoff from March 25, 2013 to April 30, 2013.

**IT IS SO STIPULATED.**

Dated: March 21, 2013                CALDWELL LESLIE & PROCTOR, PC

                                     By: /s/ *Albert Giang*
                                          Albert Giang
                                          Attorneys for Defendants

Dated: March 21, 2013                VALLE MAKOFF LLP

                                     By: /s/ *Rachel S. Bravo*
                                          Rachel S. Bravo
                                          Attorneys for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __3/22_____, 2013

                                     _____
                                     HONORABLE RICHARD SEEBORG
                                     District Court Judge

**STIPULATED REQUEST FOR A SHORT CONTINUANCE
OF THE EXPERT DISCOVERY CUTOFF
[L.R. 6-2]; CASE NO. C 11-03773 RS**